CHARLES C. WILLIAMS
is the plaintiff mentioned
herein at all times.

plaintiff.

V.

HARTFORD Police Dept. in Conn.
CHIEF of Police "Emery Hightower"
Det. CHERYL Gogins.

HARTFORD Fire Dept. OFFICER
"Deputy Fire CHIEF" TERRY WALLER

(Interval House) Jennifer Lopez.

Angela Pierce D.O.B 3/25/74, Et. al.
At All time mentioned herein are
the defendants.

Defendants.

Complaint Civil Action
No. 3:15cv933(AWT)

United States District Court
District of Connecticut
FILED AT     BRIDGEPORT
          6/1/       20 15
Roberta D. Tabora, Clerk
By
     Deputy Clerk

## COMPLAINT

This is a civil action authorized by the 42 U.S.C
Section 1983 to redress the deprivation of my rights under the First, Eighth, Fourth, Fifth, Sixth, And Fourteenth Amendment's violations, And STATE
Constitutional tort, And Federal Constitutional tort, And Intentional, And negligent
torts, for Police Misconduct, Malicious Prosecution, illegal Arrest, false Arrest
Obstruction of Justice, Defamation, Libel, Retaliation, I.I.E.D. This Complaint is
being filed in Accordance with 42 U.S.C, 1983 which my rights are secured by the
Constitution of the United STATES. This Court has jurisdiction under 28 U.S.C Section 1331
and 1343 (A)(2). The Court has supplemental jurisdiction over plaintiff state law Claims under 28
U.S.C Section 1367. All defendants were under Color of state Law when incident occurred. All defendants
Are being sued in their Official and individual Capacity. And the Plaintiff seek monetary and
Injunction Relief, Declaratory Relief. And Any other relief the Court may deem just.

# PARTIES

① The Plaintiff "Charles C. Williams" is a Citizen of the STATE of Connecticut, And is Currently imprisoned at (Radgowski Correctional Facility) 986 Norwich New London Trnpke, Uncasville, Ct 06382

② The defendant, The HARTFORD Police Dept. in HARTFORD Ct. 06103, 253 High street at the HARTFORD Emergency Complex building. This defendant acted under Color of state law, and employed Officer Emery Hightower, and Officer Cheryl Gogins. This defendant is being sued in his Official and Individual Capacity.

③ The defendant, "Police Chief Emery Hightower". This defendant was employed at the time of this incident, and acted under Color of state law, with the office of the HARTFORD Police Dept. This defendant is being sued in his Official and Individual capacity. This defendant worked at 253 High street, HARTFORD Ct. 06103 AT the HARTFORD Emergency Complex building.

④ This defendant, "Detective" Cheryl Gogins badge (A·13) is employed AT the HARTFORD Police Dept. At the HARTFORD Emergency Complex building, at 253 High street, HARTFORD Ct. 06103. this defendant acted under Color of state law, And is being sued in her Official and Individual Capacity.

⑤ This defendant, "Deputy Fire Chief Terry woller" is employed by the HARTFORD Fire Dept. and is being sued in his Official and Individual Capacity and acted under Color of state law, at the time of this incident.

This defendant is Employed at the Emergency Complex building at 253 Hight st. HARTFORD Ct. 06103.

⑥ This defendant, "Jennifer Lopez" is being sued in her individual Capacity, and Official Capacity. Ms. Lopez is employed at the Interval house in Hartford Ct. 860 (246-9149). This defendant, Address is unknown at this Time. her employment is with Interval house in HARTFORD Ct. (860) 246-9149.

⑦ This defendant, Angela Pierce D.o.B 3/25/74 is being sued in her Individual Capacity. This defendant Address is unknown. This defendant Contact Information is with Detective Cheryl Gogins of the HARTFORD Police Department / Jennifer Lopez of Interval house.

## Preliminary STATEMENT

All the defendants herein, acted maliciously and intentionally for the purpose other than to bring an offender to Justice. The defendants behavior was "shocking", which reflects the mentality of the HARTFORD police dept. and the deparment behavior was encouraged by the "Chief of Police", The HARTFORD police dept. Acknowledges the United STATE's Constitution And Civil Rights in theory, but not practice ... in the United STATE's Court of Appeals Second Circuit in Golino V. NewHAVEN, 950 F2d 864, 870-72 (2d Cir. 1991), cert denied sub nom. Lillis V. Golino, 505 US 1221, 112 S.Ct. 3032, L.Ed.2d 402 (1992), "Defendant Police Officer's can be held liable for malicious prosecution if they recklessly omit or misrepresent exculpatory information to a Judge when the Court is making a determination of probable cause." Further, Greason V. Kemp. 896 F.2d 829, 836 (11th.Cir 1996) [A] supervisor can be held liable under Section 1983 when a reasonable person in the supervisor position would have Known that his conduct was causally related to the Constitutional violation Committed by his subordinate's ... which is called "Indirect Participation". Police Chief "Hightower" was grossly negligent in supervising his subordinate's who committed these wrongful acts ... And exhibited deliberate indifference to the rights of the plaintiff ...

# facts

⑧

On 9/23/13 The Defendant, "Angela Pierce" D.O.B 3/25/74 - went to the HARTFORD Police Department at 253 High STReeT, HARTFORD ct. to file a false complaint against the Plaintiff, Charles. C williams. The Defendant, "Pierce" met with the defendant hartford detective Cheryl Gogins (Badge # A-13) where both Defendants' filed a false Police Report, for a non-existant crime. The defendants, filed a Complaint against the Plaintiff for first degree Aggravated Sexual Assault, And Risk of injury to a minor in the first degree. HARTFORD police Department (Case #2013-33708). on 7/29/14 The plaintiff was ARRested.

⑨

In retrospect, "The defendant Ms. Pierce, and the Plaintiff had a relationship for over several years. In the past, the relationship had its share of problems. but it was a relationship nonetheless. During this relationship in march of 2011. The Plaintiff, had started another relationship with another woman while - still living with the defendant. while the Plaintiff continued the relationship with the defendant "Ms Pierce". The Plaintiff had gotten the "Other woman" pregnant, which the Plaintiff did not disclose to the defendant, "MS. Pierce" --- for fear of retaliation. In the past, the defendant has shown the Plaintiff, that she will stop at nothing to exact her jealousness, rage, or revenge against him.

⑩

However, In january 29th 2012. My first child was born. which, the Plaintiff still hasn't disclosed to the defendant, "Ms. Pierce". The Plaintiff and the defendant still were in a relationship and living together at the time when the child was born. Then in feburary of 2012. The Plaintiff just up and left the home of "the defendant Ms. Pierce" without incident, or explanation and didn't return. In may of 2012, the defendant became aware of why I ended our relationship. The defendant "Pierce" was also aware of my new born child with the "Other woman".

⑪

In May of 2012, once the defendant figured out that I ended our relationship because of my new family, and my very first child.... Once the defendant knew she couldn't Compete with those facts', and she knew that our Relationship --- as she has known it to be --- was over ... The defendant became in raged with me. then started a Campaign against me, filing false police reports in attempt to falsely incriminate me in a major crime in the town of Bloomfield

Connecticut. In the month of June 2012. The defendant Pierce - went to the Bloomfield Police department in Bloomfield Ct. And filed twelve false Police reports --- in a attempt to incriminate me for a non-existant Crime. The defendant's actions were malicious and criminal; which resulted in "Pierce" being arrested for false reporting, false statements. (Bloomfield Police department case # 1200011914). In addition to "Pierce" list of false reporting One incident specifically, on June 24.2012. "Pierce" and her daughters staged a home invasion/burglary in a attempt to falsely incriminate me for a "Major Crime". But if it had not been for Detective Suzanne M. Laluppa thorough investigation --- "Pierce" might have succeeded. The Detective Laluppa findings was the home invasion was staged (see Bloomfield Police Dept. report # 1200011976). And because of "Pierce" and her daughters Actions, Pierce and her daughter were placed on no-contact orders (case # H14HCR12066591-S) and protective Orders (H17BCR120052889-S) from 2012-2013.

⑫

In January 2013. eight months has past since our break up in may 2012. five months has past since "pierce" was arrested for filing any false reports against me. However, January 2013, "Pierce" made contact with me even though she still had a no-contact order not too... Anyhow, being that time has elapsed --- I didn't panick. We talked. The defendant "Pierce" stated that she has recieved counseling for her anger problems and she apologized for what she did. The defendant also stated that she just excepted "responsibility" and plead guilty on charges for Creating a disturbance on 12/12/12 a incident when "Pierce" came to my home "ARMED" with a weapon --- Court Case Docket # (H17BCR120052889-S). However, In spite of our past issues, "Pierce" and I went on a few dates. I forgave her. We went back to having sexual relations in January of 2013 thru Feburary of 2013.

⑬

During the month of Feb. 2013. "The defendant Pierce" stated that she wanted me to help her with her Court case that was still pending for false reporting. Pierce stated "She want to check into the insitute of living - for emotionally disturb people to avoid prosecution for her case".. Pierce said "she cant stand anymore convictions on her record". Pierce then ask me would I lie for her at court. I refused. Pierce also stated "she was going to trial and she was scared, because she was on the trial list." But Pierce kept pressing me about what scheme she can come up with to get out of her Court case. I refused to help her. Then on Feb. 18th. "The defendant" texted me to get to her job at

3311 main st. (J&D Automotive) Located in HARTFORD ct. On Feb. 18th. 2013 "The defendant" Pierce stated "she was pregnant by me." The defendant and I entered into a heated discussion about the pregnancy. "Jason Waller" co-owner of J&D Automotive witnessed Pierce and I discuss our issue. (see attach sheet of Jason waller statement). "Pierce" told me of her pregnancy --- then asked me again --- would I now help my unborn child's mother get out of her court case. And once I still refused. "Pierce" became angered. "Pierce" then stated how she "wanted us to be a family again" ... At that point, I explained to Pierce that --- "her pregnancy will never force me to ever be in a monogamous relationship with her." And "her pregnancy will never force me to lie in Court for her." Then I left.

⑭
Then the following week, The defendant began her usual tirade of harsh language, marked by threats of puting me in jail for the rest of my life. I believe The defendant stated, "She's dating a guy name "Terry" --- And "Terry" is a high ranking city official, and "Terry" will help her set me up for a criminal case" ... Pierce also stated "Terry gave her the job of J&D Automotive off the books" ... Then on Feb. 27, I believe I stoped all contact with Pierce. I believe I gave All the money she need for an abortion. I assumed its over.

⑮
On March 6th. 2013. The defendant "Pierce", had the defendant "Terry" call my mother home, and my Sisters home looking for me. "Terry", who at the time I believed to be a false name, threatend me that if I go to court against "Pierce" he would have me set up by the police and harrassed non-stop ... Soon after that conversation, I believe "Pierce" sent me a message on face book. I reported that incident to the hartford police case #(13 7239.) Officer Dom Agostino Responded. And This Officer responded negatively. Once I arrived at the HARTFORD EMERGENCY complex. which house both the "HARTFORD Police Dept. And The HARTFORD FIRE Dept." I found out that the "Terry" who had just called me. The defendant is now known as "Deputy Fire chief" "Terry waller" ... Moreover, Deputy fire chief "Terry wallen" is the same individual who gave "Pierce" a job on his property at J&D Automotive. And "Deputy Fire chief" "Terry waller" -- friend is "Police chief- Police Chief Hightower" .... furthermore as soon as I arrived to file a Complaint for threatening --- I was denied by the responding Officer (Dom Agostino case # 13 7239) And I was threatend to be put in jail. probation Officer Jose Torrez of HARTFORD Adult Probation recorded the entire incident.

(16) However, the defendant Pierce stated "Terry" was a High ranking City official, and "Terry" did initiate contact with the HARTFORD CHIEF of Police for Pierce. Moreover, the Police Chief, and the Deputy fire chief work together in the same building. They see each other everyday. They rely on each other in a tight spot. hang out together after work, etc. (see attach interview from Investigator Jim Johnson). "Waller" own statement "I called the Police Chief Emery Hightower". Waller stated "He had told Hightower, that he had a situation that he needed help with." "Terry Waller stated that Pierce needed protection from the plaintiff"... Chief of Police Hightower called Waller back and stated "He assigned an Investigator to the Angela Pierce situation"... whatever that meant.

(17) However, the investigating officer. The defendant Cheryl Gogins' badge (A-13) who was assigned to the "Angela Pierce" situation... The defendant fell far below the standard of "Objective Reasonableness" to believe a crime was committed. Detective "Gogins" needed not use any Caution to believe a crime was committed. The detective was asked to take care of the "Angela Pierce" situation by her "Superior" Police Chief Hightower... The Police Chief friend, The Deputy fire chief "had a situation" he needed help with. The fire deputy Chief was in a "tight spot". At which the Detective eagerness to impress her Superior... She fell far below the standard of "Objective Reasonableness" to believe a crime was committed.

(18) Moreover, Detective "Gogins" had a "Responsibility" to act with Caution when determining whether or not --- if Pierce was providing trustworthy information to believe a "Sexual Assault" was actually committed. There was no marks on Pierce, no Rape kit, no witnesses or nothing to corroborate a crime of any kind. In addition, Defendant "Gogins" knew of Pierce prior bad acts of Lying to the police, And arrest for false reporting and false statements. Prior to Pierce new "Rape" Complaint, which is proof of motive, or intent, or opportunity --- of why she may filing this false Complaint. Further, Because of these Three High Ranking City Officials "WORK place Relationship" The defendants Conduct Infringed the Constitutional Rights of the Plaintiff...

(19)

furthermore, "the defendants Gogins", And "police chief Hightower" --- "Breached" the police code of Conduct and "Breached" their duty of care ---- when these defendants' participated and supported "Pierce" false Complaint --- even after the warning signs, and indicators' were there.... These defendants still press forward for my Arrest And filed a Arrest warrant Application without no probable cause. ..... The Plaintiff had the RIGHT -- to be provided with the minimal protection of the "UNITED STATES CONSTITUTION FOURTH AMENDMENT"... The fourth amendment provide minimal precaution - that's not - unreasonable under the Circumstances...

(20)

what distinguish my Complaint ..."Detective Gogins" supplied a false statement in her Affidavits for the Arrest warrant Applications --- for both Arrest warrant and search and seizure warrants. Both defendants, "Gogins and Pierce" --- Intentionally and Recklessly Supplied false statements' and Fabricated false evidence and presented that information to honorable Judge Ward; which "undermined" the judge determination as to whether or not probable cause existed to Arrest me....

(21)

Specifically, the Plaintiff refers between the defendants' "Ms. Pierce" HARTFORD Hospital Medical Report dated February 28th. 2013 and the defendant's Pierce false statement in the Detectives Application Affidavit's for Arrest warrant and search warrant... Application Affidavit Arrest warrant "pg. 3 paragraph 8" line 2 thru 6 --- reads as follows,

"She states that on March 7, 2013, She went into hiding because she was afraid for her life. she states she went to a HARTFORD shelter for a Couple of days, And then she was sent to another out of town shelter, And at that new shelter, she had to submit to a physical for safety and medical purposes, Two week later, the shelter sent her to a Community health facility. During her physical she found that she was pregnant after submitting to a urine test.. Victim/doe stated she became Hysterical about the news of her pregnancy..." because the pregnancy was from the Plaintiff "raping her"... raping her on Feb. 14th. 2013.

now that statement was read off the Affidavit Application Arrest Warrant. " Pierce said March 7, 2013, she started to hide from me. Then one week after March 7, 2013, Pierce was sent to another shelter --- which bring us to March 14. then at the new shelter, "Two weeks later" she submitted to a urine test. Two weeks after March 14th, is March 28th. March 28th. 2013. Somewhere out of town --- March 28th. she became aware about the news of her pregnancy and became "Hysterical"....

However, the defendants - " Gogins", Pierce", the state's Attorney Office, Pierce's social worker"... They knew Pierce had "Perjured" herself. HARTFORD Hospital medical report dated Thursday Feb. 28th 2013, shows Pierce was at a local Hospital in her neighborhood. One month prior to "Pierce" going to an out of town shelter, The defendant, " Pierce" was at her local hospital for another incident... During Pierce treatment on Feb 28th. 2013 at her local Hospital. A HARTFORD Hospital employee " Karen Angeli. R.N" advised "Pierce" that she was pregnant .... At the defendants' local Hospital. " Karen Angeli. R.N" asked "Pierce" if she needed any help regarding the "Pregnancy".. (see attach medical Report) "Pierce" response was " I can't even think about that now" --- " It's too new"... (Pg. 7 of 9) R.N. Karen Angeli --- Even gave Pierce "prenatal vitamins" and a follow up appointment. The defendants' all knew "pierce" was pregnant on Feb. 28th 2013 at HARTFORD Hospital one month before Pierce " ROUSE" at an out of town health center on March 28th. 2013. But. Detective "Gogins", and "Pierce" Fabricated a entirely different version of the facts, timing. location. and Events of how "pierce" became aware of her pregnancy. The defendants' Actions " undermined" honorable Judge WARD determination whether or not probable cause existed ....

The defendant's attempted to surround "Pierce" rape allegation --- Centered around "Pierce" Pregnancy, which did not make any sense. The defendant Pierce "Testified" at my trial, and "Pierce" told the "Defendant Det. Gogins" that she been having sexual relations with me thru out

The month of Feb. 2013. "Pierce" could have been pregnant at any time during our consensual sexual relationship. The pregnancy was irrelevent. (see Trial Transcript H H D-CR14-0674998·T) (If Pierce was "Allegedly" raped on Feb 14th, then why didn't she speak of it on Feb 28th. At her Local Hospital in HARTFORD).

(25)

Therefore, the process the detective used to obtain the search and Arrest warrant "undermined" the confidence in the out come for Honorable Judge WARD to make a proper judicial finding of probable Cause ... Disclosure of "Pierce" history of Lying to the police, and false reporting should have been made known to honorable Judge WARD. And the fact that "Pierce" said we were in a Consensual sexual relationship during the month of the "Alleged" rape incident date . . . . In addittion, several witness confirmed Pierce Complaint to be false (see Trial Transcript H H D-CR14-0674998·T)

(26)

Furthermore, non disclosure of that information to honorable Judge WARD was "unReasonable" under the circumstances. A "Totality of Circumstances" test is applied - when a Magistrate has to determine if probable cause exist... An Affidavit Must provide a "Substantial basis" for determining the existence of probable cause ... see 103 S. CT. 2317. However, Detective "Gogins" fell far below the standard of "OBJECTIVE Reasonableness" to believe a crime ever happend. And It's evident by the steps the detective took - for her to secure - The warrants for my search and seizure, and Arrest - in a Roundabout way ... "Intentional OR Reckless Omissions of material information, like false statements, May serve as the basis for [such a] challenge . . . And Recklessness May be inferred where the Omitted Information was critical to the Probable Cause Determination." Golino V. New HAven, Supra, 950 F.2d 870-71.

(27)

These defendants - "The HARTFORD Police Dept." (Det. "Gogins", Chief of Police "Hightower") and "Deputy fire Chief T. waller", "Angela Pierce", "Jennifer Lopez" ... All supported, And participated in a investigation of a non-existant crime, when the defendants knew

The Complaintant "Pierce" has a history of lying to the Police. But no one "cared". These Defendants clearly acted without probable cause, and acted with malice.. The Plaintiff injury was "foreseeable". . . Detective "Gogins" supplied the false statement. In addition, The Hartford Police Officers, along with the Deputy fire chief "T. Waller". These three high ranking City Officials --- All agreed on a course of action that lead to a false Criminal proceeding against me, that was entirely unwarranted by Law . . . Remember the phone Call "T. Waller" made to the Chief of Police "Hightower"--- "Waller stated, I have a situation that I need help with . . . "

(28)
Furthermore, These defendants "May" have violated or came close too violating a [1985] conspiracy claim that are intend to pretect individuals equal protection Rights"... These defendants, Chief "Hightower", Dectiv Detective "Gogins", Dep. Fire Chief "T. Waller", Angela" pierce". All Agreed on a course of action and conduct that "May" have violated a 42 U.S.C 1985, 1986, Civil Rights Conspiracy claim which may be actionable under a (1983). • • • Moreover, the defendants actions are an example of the attitude. and a reflection of the "HARTFORD police department" mentality of abuse of authority, and supremacy over the State and Federal Laws . . . Further, the course of action the police Officers agreed on "BREACHED" the Police dept. Code of conduct, and "BREACHED" the Officers "Duty of Care". After all, the warning signs' was there.

(29)
On 9/23/13 The defendant "Ms. Jennifer Lopez" works for "Interval House" which is for battered women. Met with "Detective Gogins, and Pierce" and supported and participated in a investigation for a non exist crime. "Defendant Lopez", along with the "HARTFORD Police Dept." utterly engaged in a inept investigation for 1st. degree Aggrivated Sex. Assault, and 1st. degree risk of injury to a minor. This defendant avocated to the Courts, Dept. of Corrections, victim services ... She uttered to these agencies that "Pierce" was "Raped" and that I was the perpetrator of the "Alleged" sexual Assault incident. On 11/22/13 while the plaintiff was at court. "The defendant" called the Plaintiff a "Rapist" infront of his 18 month year old son. This defendants behavior was "unreasonable" to merely

have acted on the hearsay account of Pierce as to what was "Alleged" to have happend to her.... In addition, "Ms. Lopez" knew Pierce was recently arrested five months prior to this rape "Allegation" arrested for false reporting, false statements --- in a attempt to falsely incriminate me - for another non existant crime. Knowing those facts'. A "REASONABLE" person may have acted with caution. Instead, "the defendant Lopez"- went on a crusade to have me arrested and prosecuted for a non existant crime. "Lopez" avocated to the Courts, Dept. of Corrections, Victim Services'. my family members that Pierce was a "Rape Survivor" ... Moreover, the utterance of that statement about the Plaintiff being a Rapist is sufficiently derogatory and unfair to the Plaintiff Reputation, leaving Stigmatizing Consequences, that may caused the Plaintiff "Irrepairable harm"... Even thought the Plaintiff was found to be innocent. At Any Rate, this defendant "Lopez" used the "Battered Womens program" to bolster Pierce Allegation to initiate a false criminal proceeding against me. The defendant knew her action would have a dramatic effect on which way the courts, the media, Dept. of corrections, And victim services dealt with the "Alleged" accusation, and Pierce's Complaint. Besides, I have maintained my innocence from the begining. In fact, a jury believed me. and believed "Pierce" to be a liar.. But the damages this defendant caused has now effected my daily life, and placed me in a unsafe situation. Moreover, "Lopez" is not a "Qualified" clinician, She is not a psychiatrist, or a psychologist ... she has no qualification to determine if "Anyone" she deals with is being truthful.

(30)

This defendant took a false allegation, and use the "Battered womans Program" two give an appearance of "Truthfulness" to a non existant crime, then she passed false information along to various state agencies. which slandered my name and damaged my reputation. Because of this defendant behavior, and recklessness. The

plaintiff continues to suffer from emotional pain, harassment, and ostracism. The plaintiff will probably never be the same individual he once was... Specifically, around women and his family, friends and society as a whole.

31

Defendant Deputy Fire Chief "T. Wallen", participated and initiated a false Complaint to help "Pierce" exact her revenge on me by using the system. Upon Information and belief, this defendant made threatening "numerous" phone calls to my family homes pertaining to "Pierce" criminal case for false reporting, and false statements... which the plaintiff reported. This defendant was "unreasonable" to ~~take~~ merely take "Pierce" account of what had "Allegedly" had happened to her, and reported hearsay to the chief of Police. The defendant own words, in a interview with investigator "Jim Jhonson" --- "Wallen stated that he called Police Chief Hightower. Wallen stated that he had a situation that he needed help with." this defendant did not use any caution. More over, wallen stated " Pierce is in trouble, And needs Protection from the Plaintiff"... That statement, and the defendants behavior had a "major" impact on pierce false Complaint. This defendant contact with the "HARTFORD Chief of Police" is what pierce used to initiate a false criminal proceeding against me. "A Deputy Fire Chief" influence, and interference with the "Chief of Police" for his personal Gain— is a sign of Corruption. And because of this defendant's actions and behavior, and negligence... The Plaintiff suffers from stigmatizing effect of being accused of a rapist, and arrested for sexual assault, which has placed the Plaintiff in a unsafe situation. In addition, The defendant actions set the stage --- for inept investigation for a non-existent crime... which is unwarranted by Law.

# Plaintiff's STATEMENT

These defendants, Supported and assisted "Ms. Pierce" with her false Complaint. These defendants are being sued in their Individual, and Official Capacity because they participated in a false allegation of 1st degree Aggr. sex. Assault, and 1st. degree risk of injury to a minor, and maliciously instituted a criminal proceeding against me for a non-existant crime in violation of --- First, Fourth, Fifth, Sixth, And Fourteenth Amendments... These defendants violated both state and Federal Laws and the Plaintiff's United states Constitutional Rights... The defendants actions and behavior supported and gave Pierce "Complaint" the creditibility to take the direction it went. The defendants participation, provide an appearance of truthfulness which had "Undermined" the outcome of honorable Judge WARDS' decision to determine if probable cause existed for the Plaintiffs' ARREST. The defendants knew "Pierce" perjured herself about the "Timming, Location, and event" of the pregnancy. And failed to intervene. which "BREACHED" their "Duty of Care"... furthermore, Because of the defendant's actions. The plaintiff was publicly labeled in the "Newspapers, television, on social media," as one of the most extreme, brutal criminal of the worst kind ... which the plaintiff was found to be innocent (not guilty).

However, the plaintiff now suffers' from irreparable harm to his character, his reputation, his self-esteem, and family and his civil Rights. These defendants knew their behavior would cause a substantial injury. The injury was "foreseeable"... The warning signs and indicators' were there. Specifically, the timming of the Complaint and the "History of Lying to the Police".. After all, this wasn't the first time she filed a false police Report at the HARTFORD police Department (see Hartford police report Case#.12-18680) which was dismissed. The defendants had a "Responsibility" to keep me from being injured by another false report based on a non-existant crime.

**34)** Moreover, A "Reasonable" person in these defendants' situation may have acted with precaution considering the facts'. Because of the actions' and behavior, and violations that's stated above. The defendants' are being sued in their Official, and Individual Capacity for ( Police misconduct, Malicious Prosecution, illegal Arrest, false Arrest, obstruction of Justice, Defamation and Libel, Retaliation, wrongful incarceration, fabricating Evidence, false statements ) and violating state and Federal Laws, and violating the Plaintiff United States Constitutional Rights, and Civil Rights. And Federal constitutional Rights. And also being sued for ( I.I.E.D ).

**35)** The Plaintiff has exhausted all his administrative remedies with respect to all claims, and all Defendants'. Because of these defendant actions. The plaintiff continue to remain incarcerated for a non-existent crime Based on an inept Investigation by the HARTFORD Police Dept. The Plaintiff injury was "foreseeable". However, the Plaintiff was found innocent of the charges The HARTFORD Police Department did Arrest the Plaintiff for; However the Charges has left a stigmatizing effect on the Plaintiff along with Collateral Damages.

**36)** The Plaintiff has no Plain, adequate or Complete remedy at Law to redress the wrong described herein. Plaintiff has been And will continue to be irreparably injured by the conduct of the defendants', unless this Court grants the declaratory, and Monetary, and All Other Relief's which plaintiff seeks.

# Claims for Relief

(37)

HARTFORD POLICE DEPARTMENT:

This defendant is being sued in his official and individual capacity. The department has shown me a pattern of harassing me, illegally arresting me, violating my civil rights, and police misconduct. This defendant is negligent for his failure to act or intervene when the department knew their officer's were investigating a false complaint. This isn't the first incident the HARTFORD police knew Pierce prior history of lying to the police (see H.P.D Report # 12-18680) Case 12-18680, was dismissed because the "Alleged" incident date. I was at in out of town siminar studying under my professor which he verified. And because of the officer's action then, I filed an internal affairs complaint at that time, which was ignored. Moreover, this sexual assault complaint isn't a mistake through good police work, this wasn't about being at the wrong place - at the wrong time... This incident was brought on the plaintiff by the head of the department by the "Chief of Police" because his pal, the "Deputy fire chief" had a situation that he needed help with. Whatever that meant. This defendant, "The HARTFORD Police Department" Employed both officer's officer "Emery Hightower", "Officer Cheryl Gogins". The course of action these two officer's agreed on - reflect's the condition and mentality of the defendant, the "HARTFORD police Department"... Furthermore, upon information and belief, the chief of police "Emery Hightower" was made to retire early from his office of the police Dept due to "corruption". Because of "SHOCKING" practice and behavior of the HARTFORD police Dept. This defendant violated the Plaintiffs', Eighth

First, Fourth, Fifth, Sixth, Fourteenth Amendments, Both Connecticut State Laws, and Federal Laws. The United STATES Consitution. (Defamation and Libel, Police Misconduct, Malicious Prosecution, false Arrests, illegal Arrests, Obstruction of Justice, Fabricating Evidence, retaliation). All of which harmed the Plaintiff emotionally, mentally, and harmed the Plaintiff reputation and Character, and confidence as a human being... The Plaintiff may never be able to re-gain a normal life even, after the defendants behavior. And because of the defendants "Shocking" behavior. The defendants are being sued in his Official and Individual Capacity. for all of the actions describe above. Including wrongfull Incarceration.

(38)

CHIEF of Police Hightower:

"Emery Hightower", this deorfor defendant is being sued in his Official and Individual Capacity because he participated and supported a Complaint that was known to be false, And failed to intervene which "BREACHED" his duty of care. This defendant was employed by the City of HARTFORD and WORKED at the HARTFORD Police Department at the time of this incident occured. This defendant asigned Det. "Cheryl Gogins" to handle the "Angela Pierce" situation. Whatever that meant. Moreover, The investigation he asigned to "Det. Gogins" fell far below the standard of "Objective Reasonableness" to believe a crime was ever Committed. Infact, the plaintiff was found to be innocent (not guilty) of 1st. degree sexual Assault. A Jury believe the Complaint to be false. however, The defendant was just helping his Pal, (Deputy fire Chief) "with his situation". This defendant use his Authority to initiate a false Complaint. The defendant knew of "Pierce's" creditibility issue, and prior history of Lying to the Police but he still initiated a inept investigation which violated the Plaintiff First, Fourth, Fifth, Sixth and Fourteenth Amendments. Both

Connecticut state laws, and Federal state laws. The United STATES Constitution. (Defamation and Libel, Police Misconduct, Malicious prosecution, false Arrests, Illegal Arrests, Obstruction of Justice, Fabricating Evidence, Retaliation). because of this defendant's negligence. The Plaintiff now suffers irreparable harm to his reputation, character, his relationships, his confidence, and selfesteem. the defendant actions has cause the plaintiff mental and emotional distress. The Plaintiff may never be able to live the life he once had... because of the defendant behavior, that's described all ABOVE. The defendant is being sued in his Official and Individual Capacity. This defendant encouraged the illegal act.

(39)

Detective CHERYL Gogins:

This defendant is being sued in her Official and Individual Capacity. This defendant maliciously instituted a false criminal proceeding against the Plaintiff, and supplied a false statement that she knew to be false. This defendant, along with defendant Pierre both supplied a false statement to the detectives Affidavit's which lead to the plaintiff false arrests, and illegal arrest which violated the Plaintiffs' due process clause of both procedural / and substantial due process of the fourth and fourteenth Amendments...
This defendant action was "unreasonable" and "Breached" her duty of care. The defendant conduct deprived me of a fundamental liberty interest --- that should have been protected by the fourth and fourteenth Amendment and the United STATES Constitution. The Right of the Plaintiff to the fourth and fourteenth Amendments. are very fundamentally Important, that without them, there would be no fairness in the justice system. Justice would be Impossible. Moreover, this defendant knew her behavior would cause me a substantial injury. The injury was foreseeable. This defendant push the Plaintiff to fight for his life for a non existent crime that was unwarranted by law. The defendant "BREACHED" the HARTFORD POLICE CODE of Conduct when she supplied a false statement. The "defendant Gogins," not only

violated Connecticut state laws, she also violated federal state laws with her conduct. This defendant deprived the Plaintiff of his fundamental Liberty Interests, which under the circumstances - was not only "outrageous" but "shocking" --- Contrary to traditional notions of fair play and decency. The Plaintiff maintained his innocence throughout this horrific ordeal. The defendant fell far below the standard to believe a crime ever happened. However she didn't care. She just wanted to "impress" her superior, the chief of police. She fell far below the standard of "Objective Reasonableness" to believe a crime ever occured. This defendant clearly knew that her actions would violate my civil rights, and state and federal laws. And those laws are clearly established. "Defendant Gogins" had a "Responsibility" to protect the plaintiff from undue harm of false complaint of the defendant "Pierce". Instead, this defendant Applied for the search and Arrest warrants in a roundabout way. Defendant Gogins "acted without probable cause and the defendant acted with malice, primarily for a purpose other than bringing a Offender to justice." Therefore, because of the defendant actions and behavior... The defendant is being sued for malicious prosecution, false arrest, illegal arrest, obstruction of justice, fabricating evidence, retaliation, mental and emotion pain... Intentional infliction of Emotion distress. Violation of the Plaintiff's First, fourth, Fifth, Sixth, fourteenth Amendments. Violating the plaintiff United STATE'S constitutional right, state law, and federal laws. And police misconduct. Because of the defendants' action that's described All Above. The plaintiff may suffer Irrepairable harm to his character, his reputation, his confidence, selfesteem, relationships, and the way family looks at him as a human being. This defendant is being sued, in her Official, and Individual Capacity. She being sued also for (Defamation, and Libel).

(40)

Deputy Fire Chief 'T.' "Terry Waller":

This defendant is being sued in his Official and Individual Capacity,

This defendant participated and initiated direct contact with the Chief of police, that helped pierce to file a false Complaint, for a non existent crime. This defendant actions, and influence is what sent the investigation in the direction it went. Upon Information and belief, this defendant was dating pierce at the time when this incident occured, he interfered with the inept Investigation from the begining. the defendant even called my Mothers home threatening me not to appear at the defendants "Pierce" court appearance where the Plaintiff was the victim then. And on the same date I attempted to report the threatening messages / and phone calls on 3/6/13 case # (13·7239). The very next day on 3/7/13 Fire Chief "T. walker" had told "pierce" to check into A shelter and stage the false incidents. The defendant "Pierce" stated "Terry gonna help her get back at me and set me up for a case, he is a high ranking city official and he works within the Police department…" because of this defendant actions and behavior … this defendant is being sued because of his negligence, and violation of the plaintiff's fourth Amendments, civil rights violation, harassment, threatening, Defamation, Intentional Inflicton of emotion pain and distress. because of the defendant behavior that described above. This defendant is being sued in his Official and individual capacity. (This Defendant works for the HARTFORD Fire Department.) Also, this defendant was "demoted" from fire chief ...

(41)

Interval House / Jennifer Lopez :

This defendant "Jennifer Lopez" participated and supported a false Complaint knowingly the complaint to be false. Knowingly aware the Complantant was arrested for staging crimes against the Plaintiff. This defendant is an employee of Interval House, which may contract their services to the state victim services,

However, This defendant spreaded false information throughout various state agencies that the plaintiff raped the defendant "Pierce". And the defendant "Pierce" is this "Rape Survivor"... which is untrue. This defendant stated in the lobby of HARTFORD SUPERIOR COURT that the Plaintiff is a "rapist" in front of his 18 month old child. Upon Information and belief, this defendant been abused by men herself. And because of her past experiences in disfunctional Relationships. This defendant has a dislike for men. The Plaintiff has Maintained his innocence. The defendant was "unreasonable" to merely take the hearsay account of "Pierce" to what had "Allegedly" have happend to her... especially, after Knowing the facts of Pierce prior bad acts of lying to the police. And "ARREST FOR FALSE Reporting" that was a pending Case at the time... This defendant did not exercise Any pre-caution. This defendant avocated for a false complaint which "Bolstered" and gave the appearence of "Truthifullness". This defendant is being sued in her Official and Individual Capacity for negligence/intentional, tort. because of the defendant behavior... The defendant violated the Plaintiffs fourth Amendment rights. Defamation, Libel. And "Breached" her duty of care. This defendant behavior was malicious and intentional just to cause harm to the plaintiff other than to being a Offender to justice. because of the defendant actions, the Plaintiff has suffered irreparable harm to his reputation his character, and his family, and friends... The plaintiff suffers from harassment and Ostracism. The Plaintiff life is forever changed due to Defendant Lopez recklessness. This defendant is being sued in her Official and Individual Capacity. This defendant Knew, The plaintiff was bringing money to "Pierce" at "Pierce" job., when "Pierce" told me she was first pregnant. This defendant Knew "Pierce" Lied about the Rape. And did not act.

(42)

Angela Pierce D.O.B 3/25/74:

This defendant, is being sued in her individual capacity. This defendant went to the Emergency Complex building in hartford Ct. And filed a false Complaint, and Initiated a Criminal proceeding against me for 1st. degree Aggte. Sexual Assault, and Risk of injury to a minor. The defendant actions were malicious and intentional to Cause the Plaintiff undue harm, which violated the plaintiff fourth Amendment and 42 U.S.C §§ 1983. This defendant actions, were primarily for the purpose too destroy an innocent man life. The Plaintiff never did such an horrific act. The defendant Openly vilified the Plaintiff reputation, his character and caused the plaintiff to be banished from his family, and friends, and relationship... excluded from general privi- leges and social acceptance from his peer's... People call me a "Ripper" now... the Plaintiff life as he had once known it to be... doesn't exist anymore. I no longe belong to a social group. Im Labeled a criminal of the worst kind. even though I was found to be innocent. The accusation of "Allegedly" raping a woman at Knife point. has left a stigmatizing effect, and consequences behind.. Because of this defendant actions. The defendant is being sued for violation of the plaintiff fourth amendment, Defamation, Libel, Malicious prosecution, false Arrest, and all other violations the court deem exceptable. because of All violation described above. The defendant is being sued in her Individual Capacity.

(43)

## PRAYER FOR Relief

Wherefore, the plaintiff respectfully prays that this Court enter judgment granting plaintiff:

A declaration that the acts and omissions described herein violated plaintiffs' rights' under the Constitution and Laws of the United STATES.

A jury trial on all issues triable by a jury.

(44) AWARD the following
Amounts, for the following Damages

## Intentional Infliction of Emotional Distress

| | | | |
|---|---|---|---|
| HARTFORD Police Dept. | Defendant | $ 350,000.00 | (A.) |
| CHIEF of Police "Emery Hightower" | Defendant | $ 350,000.00 | (B.) |
| Detective "Cheryl Gogins" | Defendant | $ 500,000.00 | (C.) |
| Deputy fire Chief "Terry Waller" | Defendant | $ 350,000.00 | (D.) |
| "Jennifer Lopez" | Defendant | $ 350,000.00 | (E.) |
| "ANGELA Pierce" | Defendant | $ 350,000.00 | (F.) |

(45) ## Punitive Damages

| | | | |
|---|---|---|---|
| HARTFORD Police Dept. | Defendant | $ 200,000.00 | (A.) |
| CHIEF of Police "Emery Hightower | Defendant | $ 200,000.00 | (B.) |
| Detective "Cheryl Gogins" | Defendant | $ 250,000.00 | (C.) |
| Deputy fire Chief "Terry Waller" | Defendant | $ 200,000.00 | (D.) |
| "Jennifer Lopez" | Defendant | $ 200,000.00 | (E.) |
| "ANGELA Pierce" | Defendant | $ 200,000.00 | (F.) |

# Compensatory Damages

| | | | |
|---|---|---|---|
| HARTFORD Police Dept. | Defendants | $ 350.000.00 | (A) |
| CHIEF of Police "Emery Hightower" | Defendants | $ 300.000.00 | (B) |
| Detective "Cheryl Gogns" | Defendants | $ 300.000.00 | (C) |
| Deputy fire Chief "Terry Wallee" | Defendants | $ 300.000.00 | (D) |
| "Jennifer Lopez" | Defendants | $ 300.000.00 | (E) |
| "ANGELA Pierce" | Defendants | $ 300.000.00 | (F) |

<u>And Any ADDitional relief this Court deems just,</u>

DeclaRtory Relief: Issue a Federal investigation.

(A) Issue a declartory ~~stat~~ judgment stating that the HARTFORD police department needs to thoroughly investigate all Police misconduct claims more seriously than they have in the past.

(B) Issue a declartory judgment stating that sexual assault complaints need to be investigated more thoroughly, And victim's creditiblity needs to be established before ARResting suspects.

(C) Issue a declartory judgment stating that Officer's who investigate sexual Assault complaints need better training to be able to understand the false sexual assaults Complaints, than Officers' who automatically issue Applications Affidavit Arrest warrants, just because a women can easily say rape... without nothing to corroborate any crime.

(D) Issue a declartory judgment, carry without delay, treatment by a mental health practitioner with expertise in the treatment of an innocent individual being accused of "sexual Assault", and destroys his family, who needs counseling because of the stigmatizing effect left behind...

(48)

Dated: 4/10/15

Respectfully Submitted,

Charles Williams #189080

(49)

# VERIFICATION

I have read the foregoing Complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Executed at Walker Reception Center.

Signature: Charles Williams #189080
Corrigan-Radgowski C.I
986 NORWICH, New London TRNPKe.
Uncasville Ct. 06382

Marco Fiore
Notary Public
Commission Expires 4/30/19