Exhibit A

A-1.

New paper clipping of The plaintiff Arrest.

A-2.

"Angela Pierce" Court Appearences for false reporting, false statement 5 month before sexual assault complaint. "Pierce" was waiting for trial.

A-3.

"Pierce" Arrest Report.

A-4. "Pierce" sent this Face Book message to me (Plaintiff) threatend me that she was going to Continue to harm me weeks before the false rape Allegation. HARTFORD Police had this text message and refused to act.

A-5.

Order-No-Contact-Order granted to protect me from "Pierce" false Complaints and harrassment.

A-6.

Notice of No-Contact-Order aganst "Angela Pierce"

A-7.

Investigator Jim Johnson Report of Interview with "Angela Pierce" Co-WORKER. Co-WORKER "Jason Waller" witnessed the Plaintiff. "Charles C. Williams" and the defendant "Angela Pierce" Heated

Discussions about "Pierce" Pregnacy weeks before "Pierce" rape allegation. During these discussions "Pierce" and the "Plaintiff" had to take walks to resolve our issues. The defendant, would tell me to give her money, or spend time with her. And get upset with me Because she was going Crazy over her up comming trial.

A-8.

Investigator Jim Johnson Interview report with "Defendant Deputy Fire Chief T. Terry wallee". "Deputy fire Chief T. Waller" Interview is contrary to his Nephew "Jason Waller" Interview. "Jason Waller" Interview said "he never heard me threatend Pierce". But "Deputy Fire Chief T. Waller" said "some one from The Garage told him "Pierce" needed help". However, "Pierce" statement to me was she was dating "Deputy Fire Chief T. Waller." And that "Deputy Fire Chief" wanted me out the picture/ helping "Pierce" initiate a false Complaint.

# The Courant

Home → Collections

## Hartford Man Charged With Rape, Risk Of Injury To Minor

July 31, 2014 | By KELLY GLISTA, Kglista@courant.com

Tweet   0

HARTFORD — A city man has been charged with aggravated sexual assault and risk of injury to a minor for allegedly raping a woman while her 1-year-old grandchild was in a playpen in the same room.

Charles C. Williams, 41, was arrested Tuesday and is being held with bail set at $300,000, according to court records.

An arrest warrant for Williams says the alleged victim went to police in September 2013. She told police that, on Feb. 14, she was baby-sitting her grandchild when Williams came to the house, the warrant says. The victim said that she knew Williams and she let him into the house because she was afraid of him, and that Williams had made threats against her and her family, according to the warrant.



## Local Exterminators

homeadvisor.com

Enter Your Zip Code & Connect To Local Pest Control Services Today!

The victim said Williams tried to hug her and she told him to get off, the warrant says. He starting yelling at her and told her he wanted to have sex, and when the victim refused, Williams took a small pocket knife out of his pocket and pointed it at her, the warrant says.

Williams backed the victim into her bedroom, where she had just placed her grandchild in a playpen for a nap, the warrant says. He waved the knife at her "in a threatening manner," then grabbed her by her hair and forced her to perform oral sex on him, according to the warrant.

The victim told police her grandchild then woke up and started crying. Williams got upset, pushed her on to the bed and raped her while her grandchild screamed from the play-pen, the warrant says.

The victim said she did not seek immediate medical attention because she was afraid of Williams, whose "constant threats" made her "afraid for her life," according to the warrant.

Police began an investigation and obtained a DNA sample from Williams, who told police that he hired a lawyer and would not speak with officers about the allegations, the warrant says. On July 16 of this year, police received the results of the DNA testing and applied for the arrest warrant.

Williams' next court appearance is scheduled for Aug. 12.

### Related Links

Mugs In The News

### Related Articles

Hartford Man Charged In Near-Fatal Stabbing

Hartford Man Charged with Sexually Assaulting Three Females

East Hartford Man Charged In Willimantic Home Invasion

New Hartford Man Charged In Accident

. . . And Effective Arrest Warrants

## Shepard's® Citations

lexisnexis.com/Shepards

Get Shepard's® citations services for detailed analysis on any case.

## Man Cheats Credit Score

thecreditsolutionprogram.com

1 simple trick & my credit score jumped 217 pts. Banks hate this!

See Also

1. Arrest Warrant Check
2. Criminal Records
3. Arrest Records
4. Criminal Law
5. Police Academy
6. Legal Forms
7. Criminal Defense
8. Police Records

Featured Articles



 

State of Connecticut
**Judicial Branch**

Wednesday, March
13, 2013 Docket
Search by Defendant

Pending Cases
Search by Defendant

Pending Cases
Search by Docket
Number

Convictions Search
by Defendant

Convictions Search
by Docket Number

GA Court Phone
Numbers

JD Court Phone
Numbers

Home

## Pending Case Detail

### Data as of the Previous Business Day

**Defendant Information**

| | |
|---|---|
| Last, First: PIERCE ANGELA J | Represented By: 432134 JOINER R A & H L |
| Birth Year: 1974 | Times on the Docket: 9 |

**Docket Information**

| | |
|---|---|
| Docket No: H14H-CR12-0661591-S | Arresting Agency: LOCAL POLICE BLOOMFIELD |
| Companion: | |
| Program: | Arrest Date: 8/14/2012 |
| Court: Hartford GA 14 | Bond Amount: $1,000 (This case only) |
| Miscellaneous: | Bond Type: Ten Percent |
| | (Released From Custody) |
| Activity: Jury Trial | Next Court Date: 4/1/2013 10:00 AM |

**Current Charges**

| Statute | Description | Class | Type | Occ | Offense Date | Plea | Verdict Finding |
|---------|-------------|-------|------|-----|--------------|------|-----------------|
| 53a-180c | FALSE INCIDENT REPORT 2ND DEG | A | Misdemeanor | 1 | 6/23/2012 | Not Guilty | |
| 53a-167a | INTERFERE WITH OFFCR/RESISTING | A | Misdemeanor | 1 | 6/23/2012 | Not Guilty | |
| 53a-157b | FALSE STATEMENT 2ND DEG | A | Misdemeanor | 1 | 6/23/2012 | Not Guilty | |

Register with Connecticut Statewide Automated Victim Information and Notification (CT SAVIN)
CT SAVIN is a free, confidential service that gives crime victims and members of the community information about an offender's
court case.



Attorneys | Case Look-up | Courts | Directories | Educational Resources | E-Services | FAQ's | Juror Information | Media | Opinions | Opportunities | Self-Help | Home

Common Legal Terms | Contact Us | Site Map | Website Policies

Copyright © 2013, State of Connecticut Judicial Branch

A-2

# Bloomfield Police Department

785 Park Avenue, Bloomfield CT 06002

(860) 2425501

**SUPPLEMENTARY** | X | 

## CASE/INCIDENT REPORT

| CFS NO. | DAY | INCIDENT DATE | TIME | DATE OF RPT | TIME OF RPT | TYPE OF INCIDENT | | INCIDENT CD | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|---|
| 1200011914 | 7 | 06/23/2012 Thru 06/23/2012 | 16:11 | 08/14/2012 | 07:49 | ALL OTHER CRIMINAL COMPLAINTS | | CRIMOTH | Officer Downs, Nicole M. | 175 |

| DIVISION | DIVISION NO. | REFERENCE DIVISION | REFERENCE DIVISION NO. | CASE X-REFERENCE | UNIT ID | TYPIST | DATE TYPED | TIME TYPED |
|---|---|---|---|---|---|---|---|---|
| Patrol-Canine | | | | | 153 | NMD0175 | 08/14/2012 | 07:49 |

| STREET NO. | STREET NAME AND TYPE | APARTMENT NO / LOCATION | INTERSECTING STREET NAME AND TYPE | STATUS | TOWN CD |
|---|---|---|---|---|---|
| 00011 | Louis Dr Bloomfield | | | Case Active | 011 |

STATUS CODE C=COMPLAINANT V=VICTIM A=ARRESTEE J=JUVENILE H=OTHER M=MISSING W=WITNESS O=OFFENDER D=DRIVER S=SUSPECT P=POLICE OFFICER T=TOT

| STATUS | NAME | SEX | RACE | D.O.B. | TELEPHONE | ADDRESS | OP STATE & NO. |
|---|---|---|---|---|---|---|---|
| C | PIERCE, Angela J | F | W | 03/25/1974 | Mob (860) 983 - 4380 | 11 Louis Dr Bloomfield CT | CT 156444217 |

On 8/14/12 at 0620 hours, I responded to BPD Headquarters for an individual turning themselves in on a warrant. Upon my arrival, I spoke with Angela Pierce. Angela stated she received a letter in the mail and she came to the Bloomfield Police Department to turn herself in on a warrant.

I processed, fingerprinted and photographed Angela for the following charges: one count of CGS 53a-180c Falsely Reporting and Incident 2nd, one count of CGS 53a-167a Interfering with an Officer, and one count of CGS 53a-157b False Statement 2nd. Angela was given a court date of 8/14/12 at 0900 hours. Angela is currently being held on a $2500 cash/surety bond as set by the court.

Angela was removed from NCIC as a File 05 under message #2239785.

Nothing further.

Arrested
for
lying...



| OFFICER SIGNATURE | SUPERVISOR SIGNATURE | SUBSCRIBED &SWORN BEFORE ME: NOTARY |
|---|---|---|
| Downs, Nicole M. 175 | Martinez, Jose A. #18 | THIS_____ DAY OF _____ YR. _____ |



File   Edit   View   Favorites   Tools   Help

facebook          Search for people, places and things          Filth Fif Franchise   Find Friends   Home          Amanda Flickner

**(1) Messages - Windows Internet Explorer**

https://...facebook.com/...

File   Edit   View   Favorites   Tools   Help

Favorites          Free Hotmail

(1) Messages

facebook          Search for people, places and things          Filth Fif Franchise   Find Friends   Home

Other (13)                    Angie Pierce Mzk          + New Message   ⚙ Actions ▾   🔍

Tip: See a message from someone you know? Just
reply or click Move to Inbox.

Edit Preferences   Mark All as Read

**Angie Pierce Mzk**          Mon
You could shut me out from y...

Halloween @ULTRA...   3:19:11
Tomorrow · 9:960-HIGHT SHI...

Lexis
tourh    ...well come and pl...

5 de MAYO major giv...   5:41...
tomorrow · night's celebra...

White Halo SF & The...   1:11...
White Halo SF & The Nghvelte...

**Angie Pierce Mzk**
You could shut me out from your account, but you can't
shut me down. I'm gonna keep on doin' what I'm doin', and
I'm gonna let you figure it out. I'm a bad bitch, fuck the
court orders, fuck the police.

Sponsored

Elmer Herrera likes Alibaba.com

Alibaba.com
Like

Pensemos Positivo
¿Te gustaría ir a Premios Juventud?
Entonces busca tus cajas marcadas de
Honey Bunches of ...

Honey
Bunches
of Oats

Like This Page

Meet Single Women!

See who's single on
Match.com. Start today for
FREE!

Anthony Hefner
Bianca Perrai
Deejay Playtime
Denise Cruz
Elmer Herrera
Frances Reed
Jessica Fallen A
La'Nena Chula
Latoya Williams
Lea Desire Boo
Lilly Deleon
Lisa Villa
Mallory E Marti
Nena Figueroa
Pamela Gonzal
Shakera Dunca
Skyee Mane
Yamel J. Cor

📎 Add Files   📷 Add Photos                    **Reply**

English (US)   Privacy   Terms   Cookies   More

A-4

BAIL COMMISSION HARTFORD        DATE-ENTERED 20130401 DATE-OF-ISSUE      20130325
ORI-AGENCY CT002055B   CASE-# H14HCR120661591S      NCIC-# H021025149
*** COURT ORDERED ***                                        *** NOAH ***
NAME  PIERCE,ANGELA              DOB 19740325  SEX F  RACE U  HISP N
HEIGHT 503   WEIGHT 150   HAIR BRO   EYES BRO   SKIN
SPBI          POB    FPC                         INMATE-#
MARKINGS
                                   CMC
COURT-ORI          BRADY N  EXP-DATE NONEXP     MIGHT-POSS-FIREARMS N
*** NO-CONTACT ***   ORI-NOTIFIED
CONDITION(S) 05
PRTEE WILLIAMS,CHARLES           DOB 19721225  SEX M  RACE U  HISP N
ADDR-# 32       STREET SANFORD STREET           CITY HARTFORD
STATE CT   ZIP 06106      COUNTY                 PHONE 860 209 3855
ADDRESS TYPE      DATE OF DOCUMENTED ADDRESS
MISC-INFO THE DEFENDANT CANT HAVE ANY CONTACT WITH THE ABOVE LISTED PA
F   A VIOLATION OF THIS CONDITION OF RELEASE IS A G353A 222 ANY QUESTI
ONS CALL HTFD BAIL AT 566 4966
*** CHECK WITH MESSAGE ORIGINATOR FOR CONFIRMATION OF RECORD ACCURACY ***
*** DO NOT ARREST OR DETAIN BASED SOLELY ON THIS RECORD ***
P/1         END OF INQUIRY, PRESS ENTER FOR FIRST PAGE

A-5

**NOTICE OF NO CONTACT
WITH VICTIM ORDER**

JD-AP-148  New 8-08



STATE OF CONNECTICUT
JUDICIAL BRANCH
**COURT SUPPORT
SERVICES DIVISION**
*www.jud.ct.gov/cssd*

TO:  Mr. Charles Williams
32 Sanford Street
Hartford, CT

| Date of Letter: |
| --- |
| 3-28-13 |
| Defendant's Name: |
| **Pierce, Angela** |
| Docket Number: |
| **H14H-CR12-0661591-S** |

(Fold)

To Whom It May Concern:

Please be advised that on ___3-11-13___ , the Court ordered the defendant named above to
                  *(Date)*
have NO CONTACT WITH THE VICTIM (you). The defendant's release on this case requires the

defendant to follow this court-ordered Condition of Release. The defendant's next scheduled court

date in this case is ___4-11-13___
              *(Date)*

If the defendant comes into contact with you before the next court date, please contact this office at

the address below so that we can tell the Court. If the defendant comes into contact with you after

the court date indicated above, please contact this office to ask if the Condition of Release is still in

effect.

You can contact this office concerning this case at address:  MELISSA HURLEY IAR SPECIALISTS

101 LAFAYETTE ST 2ND FLOOR EXT 3242

HARTFORD, CT 06106

Telephone number:  860-566-4966

Signed: *Melissa Hurley*      Date: 3-28-13

Name of Person Signing:  MELISSA HURLEY IAR SPECIALISTS

A-6

**1:45 p.m.** Investigators arrived at 60 Redding Street Hartford, CT. This is the believed address of Angela Pierce's cousin. The name on the mail box was Camilla Biancamano. An unknown person inside the address told Investigators to leave her property and that she was not going to open the door for no one.

**2:15 p.m.** Investigators arrived at West Farms Mall Security. Investigator's spoke to Security Supervisory Sergeant Lage 860- 521-2874. Lage spent a great deal of time looking for an incident report in the Mall Security's computer system. Lage told Investigator's that he could not locate an incident report for what transpired in the mall between DEFENDANT and Pierce on February 26, 2013. Lage told Investigators that he had no idea who was working at that time, but said that the turn over rate in a year is 100 %.

### End of Interview

### Tuesday October 7, 2014

**9: 45 a.m.** Investigator Jim Johnson arrived at J+D Automotive located at 3311 Main Street Hartford, CT. This is the location of Angela Pierce's employer from December 2012 – February 28, 2013. A Co- Owner Jason Waller was present and agreed to speak with Investigator. Waller told Investigator that Angela Pierce worked for him for approximately 3 months. Waller stated that he paid Pierce in cash and did not keep any records. Waller stated that Pierce had Thursday, Saturday and Sundays off from work. Waller stated that Peirce was a good employee and he wished that she was still working there. Waller stated that DEFENDANT would stop and see Pierce every few days. Waller remembers DEFENDANT coming in a gray Acura TL and a Dodge Pick Up Truck. Waller stated that DEFENDANT would stop by and that he and Pierce would sometimes enter into a tense and heated discussion. Waller stated that on occasion he told Pierce to take the discussion outside because it had no place in a business environment. Waller stated that he never heard DEFENDANT threaten Pierce. Waller stated that DEFENDANT and Pierce would take a walk up the street and he could see them discussing issues. These walks would take no more than a few minutes and Pierce would return to work and DEFENDANT would leave. Waller stated that he seems to remember DEFENDANT coming to the shop to see Pierce after the snow storm on Feb 8, 2013 and before February 28, 2013. Waller stated that he remembers because he was plowing around the shop

**A·7**

and DEFENDANT showed up and he discussed his plow truck not running properly. Waller stated that he did not know of any type of assault that took place on February 14, 2013 and that Pierce came to work the next day as far as he could remember and never mentioned anything to him.

Waller stated that his uncle, Hartford Fire Chief Terrace Waller would stop by the place of employment and speak to him and Pierce. Waller stated that Terrace Waller would stop by the see Pierce. On February 28, 2013 Pierce called Jason Waller and told him that DEFENDANT had punched her in the face. Pierce stated to Jason Waller that she called Fire Chief Terry Waller who told Pierce to call the Hartford Police and report the incident and that it would be taken care of.

Jason Waller had no idea where Angela Pierce was and stated he had not seen Pierce since February 28, 2013 or about that time. Investigator called Fire Chief Terrace Waller and stopped at his office but as of this date has not gotten a call back.

### End of Interview

### Wednesday October 8, 2014

**8:00 a.m.** Investigator Jim Johnson arrived at Cheshire Correctional Institution to Interview Charles Williams. DEFENDANT stated that he lost his Grand Mother in January of 2013. DEFENDANT stated that they had a funeral for her that he attended on January 30, 2013. DEFENDANT stated that he was very sad and that this affected him deeply. DEFENDANT stated that because his mother was sick at the time. He was very anxious and believed that death happened in groups of threes. DEFENDANT stated that is why he was very protective of his mother when she was sick and going through Chemotherapy. DEFENDANT stated that on February 14, 2013 he woke up very early. He got his son Christian dressed and left the house prior to 5:00 a.m. DEFENDANT stated that he picked up his Mother at 87 Lyme Street and dropped her off at Saint Francis Hospital. DEFENDANT stated that he returned to his mother's house and waited and played with Christian. DEFENDANT stated that around 10:30 a.m. He got Christian ready and went to the West Farms Mall to buy a gift for Sharonda and his mother. DEFENDANT stated that he walked around the mall and saw Sunny Brandt at the mall sometime between 12:30 p.m. and 1:00 p.m. DEFENDANT stated that he was looking for a card or "something" for Sharonda.

**End of Interview**

<u>**Tuesday October 21, 2014**</u>

***Investigative Note:*** *On Monday October 20, 2014 Investigator called Deputy Chief Terry Waller. Chief Waller stated that he was anxious to speak with Investigator and "get it over with". Investigator set up a meeting at the Chief's Office the next business day.*

**9:30 a.m.** Investigator Jim Johnson arrived at 253 High Street Hartford, CT. This is the Public Safety building that houses both the Hartford Fire Department and the Hartford Police Department. Investigator went inside and Chief Waller met Investigator in the lobby and escorted him to his office. Chief Waller stated that he did not know Angela Pierce prior to her starting to work at J+D Automotive. Waller stated that Angela worked for his nephew Jason. Waller stated that he owned the building but that Jason ran the business out of this location. Chief Waller stated that he did not have any type of relationship with Angela Pierce. Waller stated that he use to go to the garage and speak with Angela on occasion, but that they were not in a relationship. Waller stated that if I was to look at his phone records it would show that they had each others phone numbers (Pierce and him) and that they had called each other on a very few occasions. Waller stated that he got a call from an (unknown) employee from the garage that Angela Pierce needed help with DEFENDANT that he was threatening her and had hit her. Waller stated that he could have received a call from Angela Pierce but was not sure how he heard about the "major problems' Pierce was having. Chief Waller stated that after the phone call, he called Police Chief Emery Hightower. Waller stated that he told Hightower that he had a situation that he needed help with. Waller stated that he told Hightower that "Angela Pierce was in trouble and needed protection from DEFENDANT. Waller stated that for some reason he felt that Pierce was in great bodily harm at the time. Chief Hightower called Waller and told him that he assigned an investigator to take care of Angela Pierce and the situation. Waller stated that Hightower told him that at first when they approached Angela she was

A-8

reluctant to help them but soon, she cooperated. Waller stated that he was aware that after this Angela Pierce went to a shelter and entered the victims program. Waller stated that around this time "someone from work" told him that Pierce had been sexually assaulted by DEFENDANT. Waller also told Investigator that he thinks he had met one of Angela's daughters at one point at the automotive shop. Waller again denied any sexual or other relationship with Angela and stated that he was only helping out someone in need because that is the type of person he is.

*__Investigative Note:__ DEFENDANT stated to Investigator that Angela Pierce was dating a "T" and that "T" was someone high up in the Hartford Police department and that she could use "T" to get at DEFENDANT.*

Exhibit - B

HARTFORD Police Report : # Police Report # 2013 - 33708

Paragraph 8  The defendant "Victim Doe" A.K.A "Angela Pierce" stated " on march 7, 2013 she went into hiding.... she went into a shelter for a couple of days.... Two weeks later the shelter sent her to a Health Center where she became aware of her pregnacy.. ....... And became "hysterical" about the news....

However, contrary to "Pierce" false statement in this Sworn effidavit. In Exhibit - C ---"Pierce's" HARTFORD Hospital Medical Report, "Pierce" knew she was Pregnant weeks before "March 7" at her local hospital in HARTFORD. (see Exhibit C- pg 7 of 9.)

Paragraph 4 "Victim DoE" - A.K.A "Angela Pierce" stated that I went to her home on Feb. 14th 2013. and sworn on this Affidavit that I was at her home "Allegedly" on Feb. 14th 2013. However, Contrary to that "false statement". "Pierce" statement in her Hartford Hospital Medical Report Dated Feb 28th. 2013. " Pierce" stated that On Feb. 28th 2013 is the day --- The "Plantiff" Allegedly found where she live --- See Exhibit - C pg 7 of 9, line two... In her

statement in the HARTFORD Hospital Medical Report Pg. 7 Line 2;
If the "plaintiff" had found out where "Pierce" lived on Feb 28th.
Then how did the "plaintiff" know where the "defendant Pierce" lived
two weeks before Feb. 28th. How could the "Plaintiff" had
"Allegedly" known where the "~~Plaintiff~~ Defendant" lived on the
day of the Alleged rape of Feb. 14th. --- "Pierce" version of
the fact. THE HARTFORD Hospital Medical Report was the very
First incident Report in 2013 "Pierce" Filed and Complained
about the "Plaintiff" Allegedly punching her "nose" on Feb 28th.
and was admitted in Hartford Hospital. Then "Pierce" own statement
to HARTFORD Hospital Employee's --- "he found out where I live and knocked
on my Apartment Door today..." On Feb 28th. If the "Plaintiff" found
out where the "defendant" lived on Feb 28th. 2013 --- then how could the
"Plaintiff" have known where she lived two weeks before the 28th.
And "Allegedly" had raped her...

Detective "Cheryl Gogins" investigated All of "Pierce" Allegations.
Detective "Cheryl Gogins" had "pierce" Information "Alleging" The
"Plaintiff" broke the "Defendant" nose. On 6/18/13 The state's Attorney
Office recieved "Pierce" medical Report as well. Both departments had
Exhibit-C "Medical Report" 4 months Prior to "Pierce" false

rape Complaint. Because the same Individuals who investigated "Pierce" Alleged Assault Third Complaint, was the same investigators to investigate "Pierce" false rape Allegation. which were Detective "Cheryl Gogins" and STATE'S Attorney Dave Carlucci.

Moreover, four months before "Pierce" Officially filed her Rape Complaint. Detective "Gogins" Knew "Pierce" was Pregnant on Feb. 28th 2013. But allowed "Pierce" to give a false statement in ORDER to make the rape allegation stronger against the "Plaintiff" too strengthen the Odds of the Detective Affidavit Application. See Exhibit - C. Front page Medical Report recieved on 6/18/13. The state's Attorney Office had this Medical Report / HARTFORD Hospital had Medical Report and other Information / HARTFORD Police Knew "Pierce" was Pregnant on Feb. 28th... Based on the medical report on Feb. 28th 2013. Detective "Gogins" supplied a false Affidavit / And false statement to the Courts Knowingly.

Further, Detective "Gogins" had "BREACHED" her duty of care Knowing "Pierce" had lied about the timing of becoming aware of her Pregnancy --- And lied about the location of being aware of her pregnancy --- And lied about her VERSION of how "Pierce" became pregnant... besides, Detective "Gogins" omitted the fact that "Pierce" was arrested for false statement's against the "Plaintiff" in the past and has a history of lying to the Police.

"Pierce" HARTFORD Hospital Medical Report Dated Feb. 28th, 2013 Clearly shows "Pierce" was aware of her Pregnancy on 2/28/13.

The HARTFORD Police Department / HARTFORD Superior Court, HARTFORD Detectives --- All had this Medical Report, And All was aware of "Pierce" Pregnancy on 2/28/13.

MoreOver, It was "Reckless" to sign off on an False Affidavit, and Omitt exculpatory Information, when Applying for an Arrest Application for a warrant.

CASE # 2013-33708

☒ FAMILY VIOLENCE

| WANT NUMBER | | | | | | | | UCC CODE | STATUS | UCC CODE 2 |
|---|---|---|---|---|---|---|---|---|---|---|
| RADIO SIGNAL 10 47/88 | DATE OF INCIDENT 2/14/2013 | TIME OF INCIDENT afternoon | DATE REPORTED 9/20/2013 | TIME REPORTED 1427 | UNIT 531 | TYPE OF INCIDENT | | | | |

| LOCATION OF INCIDENT | NUMBER 284 Freeman Street Hartford | APT. | FLOOR | ☐ NOT APPLICABLE ☐ ON STREET | ☒ RESIDENT SINGLE ☐ RESIDENT MULTI | ☐ NON RESIDENT ☐ CITY PROPERTY | ☐ ALLEY OR LOT ☐ ABANDONED BLDG. | RELATED CASE 1 2013-28253 |
|---|---|---|---|---|---|---|---|---|

| DATE AND TIME OF RECOVERY | LOCATION OF RECOVERY | CONTRIBUTING FACTORS ☒ NOT APPLICABLE | ☐ ALCOHOL ☐ DRUGS | ☐ MENTAL PROBLEM ☐ FAMILY VIOLENCE | WEATHER CONDITIONS ☒ NOT APPLICABLE | ☐ CLEAR ☐ DRY | ☐ RAIN ☐ SNOW | ☐ ICE ☐ FOG | RELATED CASE 2 2013-6474 |
|---|---|---|---|---|---|---|---|---|---|

STATUS CODE: A - ACCUSED  C - COMPLAINANT  J - JUVENILE  S - SUSPECT  M - MISSING  V - VICTIM  W - WITNESS  I - INTERVIEWED  X - ALIAS  O - OTHER  L - LOCATED  B - BUSINESS
R - REFERRED JUVENILE  P - PEDESTRIAN  K - OWNER of M/V  N - PASSENGER in M/V  T - TICKETED  Z - OPERATOR M/V

RACE  W - WHITE  B - BLACK
CODE  H - HISPANIC  O - OTHER

**PERSONS**

| STATUS | LAST NAME | FIRST NAME | M.I. | SEX | RACE | DATE OF BIRTH | AGE | ADDRESS | APT. - FLOOR | TELEPHONE |
|---|---|---|---|---|---|---|---|---|---|---|
| V | Doe | Jane | | F | W | | | | | |

**ACCUSED**

| Accused | Williams | Charles | M | B | 12/25/1972 | 38 | 87 Lyme Street Hartford | | 8605829249 |
|---|---|---|---|---|---|---|---|---|---|

| ALIAS 1 | Welborn | Tyshawn | ALIAS 2 | Williams | Tyshawn | ALIAS 3 or Nickname | "Fifty" |
|---|---|---|---|---|---|---|---|

| MASTER FILE NO. A- 45025 | SOC. SEC. NO. 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 | ☐ CAUTION | REASON: | | LICENSE # | STATE | HAIR COLOR | APPROX. HGT. | APPROX. WEIGHT |
|---|---|---|---|---|---|---|---|---|---|

| ☐ EMPLOYED BY: ☒ PARENT/GUARDIAN | EMPLOYER/PARENT/GUARDIAN, ADDRESS Ileane Williams     87 Lyme Street | CITY Hartford | CODE 064 | STATE CT | PHONE NUMBER |
|---|---|---|---|---|---|

| CHARGE 1. Aggravated Sexual Assault 1st | STATUTE CTS 53-70a | CHARGE 2. Risk of Injury to a Minor | STATUTE CTS 53-21 | CHARGE 3. | STATUTE CTS |
|---|---|---|---|---|---|
| CHARGE 4 | STATUTE CTS | CHARGE 5 | STATUTE CTS | CHARGE 6 | STATUTE CTS |

**PROPERTY**

PROPERTY CODE: A - ABANDONED  E - EVIDENCE  F - FOUND  L - LOST  R - RECOVERED  S - STOLEN  T - TOWED  V - VEHICLE  O - OTHER  D - DAMAGED  W - SUSPECT VEHICLE

☐ FORM # JD-CR-18 COMPLETED

| CODE | QTY. | YEAR | ITEM | BRAND-MODEL | STATE | REGISTRATION | COLOR | SERIAL or VIN | CHARACTERISTICS/CONDITIONS | EST. VALUE | CLASS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | $ | |
| | | | | | | | | | | $ | |
| | | | | | | | | | | $ | |

M.O. | POINT OF ENTRY | | CODE | TYPE OF WEAPON — TOOLS | | CODE |

**ACCUSED VEHICLE FIELD**

| | Name | Code | | VEHICLE DESCRIPTION | | STATE | VIN# |
|---|---|---|---|---|---|---|---|
| Arrested / Cleared By: 1. | | | | VEHICLE DESCRIPTION | | STATE | VIN# |
| 2. | | | | | | | |

Date: _____ Time: _____

How Located
( ) Warrant Service Record
( ) Stop Check Random
( ) Surrender - HQ
( ) Officer Initiated Attempt
( ) Arrested on Other Charges
( ) Appeared in Court
( ) Arrested - Other Jurisdiction

( ) In Custody-Institution
( ) Surrender-Letter Sent
( ) Purged
( ) Vacated
( ) Withdrawn Adm.
( ) Expired
( ) Accused Deceased
( ) Other

ADDITIONAL COMMENTS:

| ☒ MAJOR CRIMES | ☐ GUN TASK FORCE | ☐ JID | ☐ DISTRICT/ZONE CO |
|---|---|---|---|
| ☐ NARCOTICS | ☐ INTELLIGENCE | ☒ OTHER DVU | |

| ☐ Records | ☐ Court | ☐ Wanted File | ☐ Investigative |
|---|---|---|---|

| INVESTIGATING OFFICER: Detective Cheryl Gogins | CODE A13 |
|---|---|
| ASSISTING OFFICER: | CODE |
| SUPERVISOR Sgt A. Weaver | CODE 896 |

Card/Label Removed by _____
System Cleared By: _____  On _____

PAGE 1 OF 1 PAGES

EXHIBIT – B

STATE OF CONNECTICUT
SUPERIOR COURT
www.jud.ct.gov

| For Court Use Only | | |
|---|---|---|
| Supporting Affidavits sealed | | |
| ☐ Yes | ☐ No | |

| Police Case number | Agency name | | | Agency number |
|---|---|---|---|---|
| 2013-33708 | Hartford | | | |

| Name (Last, First, Middle Initial) | Residence (Town) of accused | Court to be held at (Town) | Geographical |
|---|---|---|---|
| Williams, Charles C. | Hartford | Hartford | Area number 14 |

## Application For Arrest Warrant

To: A Judge of the Superior Court

The undersigned hereby applies for a warrant for the arrest of the above-named accused on the basis of the facts set forth in the: ☒ Affidavit Below.  ☐ Affidavit(s) Attached.

| Date | Signed (Prosecuting authority) | Type/print name of prosecuting authority |
|---|---|---|
| 7/18/14 | | Vicki Melchiorre |

## Affidavit

The undersigned affiant, being duly sworn, deposes and says:

1. That the undersigned Affiant, Detective Cheryl Gogins is a duly sworn member of the Hartford Police Department in Hartford, Connecticut, and has over 25 years of police training and experience. I am currently assigned to the Major Crimes Division/Domestic Violence Unit of the Hartford Police Department where my duties include but are not limited to the investigations of serious physical assaults and/or abuse, or acts of threatened violence that constitutes fear of imminent physical harm, bodily injury or assault between family or household members. I have investigated numerous cases similar to the one set forth below. That this case was initially assigned to Detective Philip Fuschino but was reassigned to the undersigned affiant in May 2013.

2. On 9/20/2013, at approximately 1427 hours, and on 9/23/2013, at approximately 1159 hours, Victim Jane Doe submitted to a voluntary statement accusing Charles Williams of raping her. This statement was obtained at the Hartford Police Department, 253 High Street, Hartford, CT.

3. Victim Doe stated the following: She stated that in April of 2012, she had broken up with Accused-Charles Williams due to his violent behavior and because she was afraid of him. Since their break-up, Accused Williams had been threatening to kill her and her kids, to put her in jail and he had also been stalking her. Victim Doe stated that once she moved out of Bloomfield, CT, and into Hartford to her 284 Freeman Street residence the threatening continued by Accused Williams.

4. Victim Doe stated that on February 14, 2013, in the mid-afternoon while she was baby-sitting her one year old grandchild Accused Williams came over to the Freeman Street residence. She stated that she had just put her grandchild down for a nap in the play-pen that was located in her bedroom. Victim Doe stated that she let Accused Williams in the house because she was afraid of him and because of all of the threats he has made to her and her family.

5. Victim Doe stated that when Accused Williams came into the house he tried to hug her and she told

(This is page 1 of a 3 page Affidavit.)

| | Date | Signed (Affiant) |
|---|---|---|
| | 7-17-14 | Det. C Gogins  A13 |
| Jurat | Subscribed and sworn to before me on (Date) | Signed (Judge/Clerk, Commissioner of Superior Court, Notary Public) |
| | 7-17-14 | Sgt. A. Weaver  B96 |

## Finding

The foregoing Application for an arrest warrant, and affidavit(s) attached to said Application, having been submitted to and considered by the undersigned, the undersigned finds from said affidavit(s) that there is probable cause to believe that an offense has been committed and that the accused committed it and, therefore, that probable cause exists for the issuance of a warrant for the arrest of the above-named accused.

| Date and Signature | Signed at (City or town) | On (Date) | Signed (Judge/Judge Trial Referee) | Name of Judge/Judge Trial Referee |
|---|---|---|---|---|
| | Hartford | 7/21/14 | | K Wkk |

ARREST WARRANT APPLICATION
JD-CR-64a Rev. 8-10
C.G.S. § 54-2a
Pr. Bk. Sec. 36-1, 36-2, 36-3

STATE OF CONNECTICUT
SUPERIOR COURT
www.jud.ct.gov

| Name (Last, First, Middle Initial)<br>Williams, Charles C. | Residence (Town) of accused<br>Hartford | Court to be held at (Town)<br>Hartford | Geographical<br>Area number 14 |

## Affidavit - Continued

him to get off of her. He then started yelling at her saying to her, who are you sleeping with? She stated she answered, "nobody." He kept on repeating the same thing and she told him to be quiet because her grandchild was sleeping. Victim Doe stated that Accused Williams then said he wanted to have sex with her. She said she told him "no". That Accused Williams got real upset and pulled a small pocket knife out of his sweat pants pocket. That he opened the knife and pointed it at her and said, "you don't want to catch another case, do you?" That he was referring to lies he told the police about her keying her own car and her going to his house in Bristol, CT. Victim Doe told him that she was going to call the police. At this point Accused Williams was walking towards her as she was walking backwards into her bedroom. When she got to her bedroom she told Accused Williams to leave. She stated that he told her it was Valentine's Day and she had to give him 'some' (referring to sex.)

6. Victim Doe stated that as he was talking to her he was waving the knife in a threatening manner. Accused Williams told her to "suck him off" (meaning to suck his penis.) She stated that she told him not to do this. Victim Doe stated that at this time Accused Williams was facing her and grabbed her by the back of her hair and pulled her on her bed, then he pulled her on the floor where she fell on her knees at the edge of the bed. She stated that she loss sight of the pocket knife at this time. That he let go of her hair and quickly pulled his sweat pants down and put his penis in her face. She stated that she ended up performing oral sex on him. Accused Williams got upset, saying that she wasn't performing right. She stated that this was because she was crying while performing oral sex on him and his penis was getting soft.

7. Victim Doe stated that at this time her grandchild woke up and was crying. Accused Williams got upset again, pushed her on the bed and pulled down her pajama pants. She stated that she landed face down on the bed. That he laid directly on top of her and forcefully held her down on the bed by holding both of her hands with both of his hands. That he had vaginal penile sex with her. Victim Doe stated that she kept telling him to stop and to get off of her. She stated that by this time her grandchild was screaming. She stated that he didn't stop raping her until he ejaculated inside of her. When he was finished he got off of her and pulled his sweat pants on. He told her that she had ruined 'his sex' and that he was not satisfied with it. Victim Doe stated that she just continued to cry. She did not say anything to him, she just pulled up her pajama pants and grabbed her grandchild so that he would stop crying. That Accused Williams just left the house.

8. Victim Doe stated that she did not seek medical attention after the incident because she was afraid to tell on Accused Williams, because of his constant threats. She stated that on March 7, 2013, she went into hiding because she was afraid for her life. She stated that she went to a Hartford shelter for a couple of days and then they sent her to an out of town shelter. At that shelter she had to submit to a physical for safety/medical purposes. Two weeks later the shelter sent her to a Community Health

(This is page 2 of a 3 page Affidavit.)

| Date | Signed (Affiant) |
|---|---|
| 7-17-14 | Det. C Garcia — A13 |
| Jurat<br>Subscribed and sworn to before me on (Date)<br>7-17-14 | Signed (Judge/Clerk, Commissioner of Superior Court, Notary Public)<br>Sgt. A. Weaver 596 |
| Reviewed (Prosecutorial Official) _____ Date 7/18/14 | Reviewed (Judge/Judge Trial Referee) _____ Date 9/21/14 |

ARREST WARRANT APPLICATION
JD-CR-64a Rev. 8-10
C.G.S. § 54-2a
Pr. Bk. Sec. 36-1, 36-2, 36-3

STATE OF CONNECTICUT
SUPERIOR COURT
www.jud.ct.gov

| Name (Last, First, Middle Initial) | Residence (Town) of accused | Court to be held at (Town) | Geographical |
|---|---|---|---|
| Williams, Charles C. | Hartford | Hartford | Area number 14 |

## Affidavit - Continued

Center (CHC) in CT. During her physical she found out that she was pregnant after submitting to a urine test. Victim Doe stated that she became hysterical about the news of her pregnancy and the doctor suggested she go to Middlesex Hospital. Victim Doe stated that a Sex Kit was not administered on her. Once at Middlesex Hospital she was evaluated by a Psychiatrist and admitted for 10 days for Anxiety and Depression. She was diagnosed with PTSD.

9. That Victim Doe obtained an abortion at Middlesex Hospital on March 22, 2013 and had to get it redone on March 28, 2013 because all of the fetal matter had not been removed on the 22nd. She stated that the pregnancy was a result of Accused Williams raping her, that she had not had sexual intercourse with anyone else other than with him.

10. Middlesex Hospital records corroborate Victim Doe's Psychiatric evaluation and her abortion.

11. On 11/15/2013, at approximately 0941 hours, this affiant was advised through our Records Division that Accused Williams was in the Hartford Police Department's front lobby. This affiant took the opportunity to ask Accused Williams if he would submit to a voluntary statement regarding the alleged sexual assault against Victim Doe. Accused Williams stated that he has Attorney Shawn Crowshaw representing him now and he would not be speaking to this affiant about said allegations.

12. In April 2014, DNA Buccal Swab specimens from both Victim Doe (obtained on 4/4/2014) and Accused Williams (obtained on 4/25/2014), along with a "chorionic villi specimen" (obtained from Middlesex Hospital on 4/17/2014) were submitted to the Department of Emergency Services and Public Protection Division of Scientific Services for analysis.

13. On 7/16/2014, the DNA results were received. It was determined that Accused Williams' DNA did match as the paternal contributor to the fetal DNA profile.

14. Based on the information obtained, this Affiant believes that probable cause exist and respectfully request that an arrest warrant be issued for the Accused, Charles C. Williams (DOB 12/25/1972), for the following: in violation of Connecticut General Statutes - Aggravated Sexual Assault in the First Degree - 53a-70a and Risk of Injury to a Minor - 53-21.

*(This is page 3 of a 3 page Affidavit.)*

| Date | 7-17-14 | Signed (Affiant) Det. C Chapia A13 |
|---|---|---|
| Jurat | Subscribed and sworn to before me on (Date) 7-17-14 | Signed (Judge/Clerk, Commissioner of Superior Court, Notary Public) S. A Weaver B96 |
| Reviewed (Prosecutorial Official) | Date 7/18/14 | Reviewed (Judge/Judge Trial Referee) | Date 7/21/14 |

# EXHibit - C.

HARTFORD Hospital Medical Report:

"HARTFORD Police Department", Detective "Gogins", HARTFORD superior Court States Attorney. Both Department had this Medical Report. This Medical Report Clearly shows that "Pierce", Det. "Gogins", the HARTFORD Police Chief "Hightower" --- All defindants Knew "pierce" had lied and Claim she became aware of her "Pregnancy" Three to Four weeks after March 7, 2013. This report Clearly shows that "Pierce" was at her local hospital when Hartford hospital employee's Advise "Pierce" of her "Pregnancy", Advised "Pierce" on Feb. 28th... How could "Pierce" have been "Hysterical" after she already Knew of her "Pregnancy" 5 weeks earlier in February.

**EXHIBIT – C.**

 HARTFORD
HOSPITAL

## CERTIFICATION

The undersigned being duly sworn, does depose and say:

That he/she is the (person in charge) (authorized assistant) of the Health
Information Management Department of Hartford Hospital.

That the attached record is the (original) (true copy) of the records of

_Angela Pierre_

That said record was made in the regular course of the business of said hospital and
that it was the regular course of such business to make such a record at the time of
the transaction, occurrences of events recorded therein or within a reasonable time
thereafter.

Sworn and subscribed before me on _6-18-13_

_Martha Herbert_
Notary Public

My commission expires on _8-31-16_ .

STATE OF CONNECTICUT
# SUPERIOR COURT
*www.jud.ct.gov*



| CASE NAME | DOCKET NO. |
|---|---|
| State of Connecticut Vs. Charles Williams | H14HCR130666231S |

NAME AND ADDRESS OF COURT
Hartford Superior Court G.A. 14/ 101 Lafayette St. Hartford, Ct. 06106-1509

TO: Custodian of Medical Records
Hartford Hospital
80 Seymour St.
Hartford, Ct. 06106-3315

| DATE AND TIME YOU ARE TO APPEAR | | |
|---|---|---|
| DATE | TIME | |
| June 20, 2013 | 1000 | ☒ a.m. ☐ p.m. |

BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to appear before the above court at the above address on the date indicated above and to such day thereafter within sixty days hereof on which the above-entitled case is legally to be tried, to testify what you know in said case then and there pending.

You are further commanded to bring with you and produce:

☐ ord of Medical Treatment for one Pierce, Angela, D.O.B. of 3/25/74, From date of Treatment on 2/28/13 To Present.

Investigator Joe McSweegan: (860)566-5996, X3164

*HERNANDO 6-17-13 3:43PM*

## HEREOF FAIL NOT, UNDER PENALTY OF LAW.
To any proper officer or indifferent person to serve and return.

| SIGNED *(Clerk/Commissioner of Superior Court)* | PRINT OR TYPE NAME DAVID M. CARLUCC | DATE 6-17-13 | AT HARTFORD |
|---|---|---|---|

SUBPOENA ISSUED BY *(X one)*
☒ STATE'S ATTY /CHIEF STATE'S ATTY.  ☐ PUBLIC DEFENDER  ☐ ATTORNEY GENERAL  ☐ OTHER *(Specify State Position)*:

NOTICE TO PERSON SUMMONED: Your statutory fees as witness will be paid by the clerk of the court where you are summoned to appear, if you give the clerk this subpoena on the day you appear. If you do not appear in court on the day
at the time stated, or on the day and at the time to which your appearance may have been postponed or continued by order of an officer of the court, the court may order that you be arrested.

*The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact the clerk of the court at the address shown above. Telephone no:*

## RETURN OF SERVICE

| JUDICIAL DISTRICT OF Hartford, Ct. SS. | DATE June 17, 2013 (Mon) |
|---|---|

Then and there I made service of the within subpoena not less than eighteen hours prior to the time designated for the person summoned to appear, by reading the same in the presence and hearing/leaving a true and attested copy herewith in the hands/at the usual place of abode of each of the within named persons, viz.:

RECEIVED
JUN 1 7 2013
HEALTH INFO MGMT

| NO. | FEES | AMOUNT ($) | ATTEST *(Signature of Proper Officer or Indifferent Person)* |
|---|---|---|---|
| | Miles traveled to serve | | |
| | Readings | | X *Joseph m. mc Sweegan* |
| | Service by copy | | TITLE *(If applicable)* |
| | Endorsement | | *Investigator* |
| | TOTAL: | | |

DISTRIBUTION: ORIGINAL - Returned to Clerk/Comm. of Sup. Court after making service    COPY #1 - Witness    COPY #2 - Court File

THE WITHIN IS THE ORIGINAL OR A TRUE COPY OF THE ORIGINAL SUBPOENA

1603745H

Hartford Hospital - Hartford, CT 06102

| | | | |
|---|---|---|---|
| Patient: | ANGELA PIERCE | DOB: | 3/25/1974 |
| MR #: | 2139850 | Age/Gender: | 38y F |
| DOS: | 2/28/2013 08:15 | Acct #: | 000030869556 |
| Private Physician: | NONE, VERIFIED | ED Provider: | Tia Little, MD |

| CHIEF COMPLAINT: | Encounter Type: | ACUITY: |
|---|---|---|
| Assault | Initial | Level 4 |

**Providers caring for patient:**
Meghan Herbst, MD
Tia Little, MD
Meghan Herbst, MD

**λ Bed**
Reception INU 2/28/2013 08:15
OrgW65 KRHER 2/28/2013 08:30
OrgW67 LDOBR 2/28/2013 08:31

## ALLERGIES
Patient allergies: No Known Allergies < KRHER 2/28/2013 08:27>

## TRIAGE
Arrival: Patient arrived by stretcher via EMS transport from home accompanied by EMT/paramedic < KRHER 2/28/2013 08:25>
Chief complaint quote: Patient reportedly assaulted x today struck in nose with fist. + epistaxis. + laceration. Pt also c/o dizziness and nausea. <KRHER 02/28/13 08:27>
Medical and surgical history obtained. <KRHER 02/28/13 08:27 >

## VITAL SIGNS

| Initials/Date/Time | Temp(F) | Rt. | Pulse | Resp | Syst | Diast | Pos. | O2 Sat | 02 del | ETCO2 |
|---|---|---|---|---|---|---|---|---|---|---|
| HER 2/28/2013 08:26 | 97.3 | *Tympanic | 116 | 18 | 136 | 89 | S | 99 | ***RA | |
| KANGE 2/28/2013 13:44 | | | 82 | 17 | 100 | 56 | S | 100 | ***RA | |

**Vital Signs Alert:**
Vital signs alert reviewed. < Meghan Herbst, MD 2/28/2013 09:11>

**Attending Note**
I personally evaluated the patient. I reviewed the Resident's findings and supervised the management of the patient. My note reflects my personal findings on my history and physical exam..
This is a 38yo female who was punched in the nose by her ex-boyfriend, 2 hours prior, had epistaxis but now resolved. Prox nasal swelling and slight deformity. Filed police report, doesn't feel safe at home. Will update tetanus and have social worker see her. Motrin after hcg neg for pain and inflammation.
<MHERB 2/28/2013 09:43>

## PAST HISTORY
Past Medical History: Asthma < KRHER 2/28/2013 08:28>
SOCIAL HISTORY:
No tobacco use.
No drug use.
No alcohol use.
pt assaulted by former boyfriend, does not live at pts house.
Living situation: lives with family

# Hartford Hospital - Hartford, CT 06102

| Patient: | ANGELA PIERCE | DOB: | 3/25/1974 |
|---|---|---|---|
| MR #: | 2139850 | Age/Gender: | 38y F |
| DOS: | 2/28/2013 08:15 | Acct #: | 000030869556 |
| Private Physician: | NONE, VERIFIED | ED Provider: | Tia Little, MD |

<TLITT 2/28/2013 09:17>

## Home medications
Home medications: Albuterol Inhl
Advair Diskus Inhl < LDOBR 2/28/2013 08:50>

## HISTORY OF PRESENT ILLNESS
⁻ ᵒ F c/o assult to face 2 hrs ago, hit with fist. Pt c/o epistaxis now resolved. denies FB sensation to eye, pt not wearing contacts so v...on blurred at baseline but denies worsening of blurred vision or double vision. +dizziness/mild nausea, deneis vomiting. denies LOC, +HA described as "sore" and "pressure" in frontal and sinus. denies numbn/tingl. Denies any other concerns. ROS o/w neg x 10. Pt assaulted by former SO, does not live with pt. Pt lives with family, denies any concerns with living situation. <TLITT 2/28/2013 09:16>

## ROS

## EXAM
Vital signs reviewed.
Constitutional: tearful, in no apparent distress.
Head: swelling to nose, no orbital swelling or ecchymosis, <1cm superficial abrasion to R nose just medial to canthus of R eye with slow ooze, no acitve bleeding
Eyes: PERRL, EOMI. no evidence of trauma, no scleral injection,
ENT: Grossly normal inspection. Normal pharynx, no asymmetry. Normal voice, handling secretions. bloody discharge from L nare, no clot, no gross blood, posterior pharynx clear no blood noted
Neck: Supple, no nuchal signs, non-tender. No cervical lymphadenopathy, no JVD.
Cardiac: Normal S1, S2. No extra heart sounds.
˙ spiratory: Breath sounds clear and equal bilaterally, no wheezes, rales, rhonchi.
...odomen: Normal bowel sounds, non-distended, non-tender, no rebound or guarding. Negative Murphy's sign.
Extremities: No acute signs in all four extremities, non-tender to palpation.
Neuro: Alert and appropriate, no apparent acute deficits. Equal strength in all four extremities.
Psych: tearful, depressed mood.
<TLITT 2/28/2013 10:41>

## ORDERS

### Imaging/Procedures
Nasal bones 3+ views ; Pregnant: HCG ordered ; Special Needs: None ; Transport mode: Ambulatory; Clinical Indication: Fracture [Reference: 2894239] < Tia Little, MD 2/28/2013 09:38> CANCELLED BY Tia Little, MD on 2/28/2013 10:16 REASON FOR CANCELLATION: pt pregnant

<TLITT 2/28/2013 09:38>

### Medicine
#### ibuprofen PO (Motrin) 600 mg NOW  < Tia Little, MD 2/28/2013 09:40> CANCELLED BY Meghan Herbst, MD on 2/28/2013 10:17 REASON FOR CANCELLATION: Wrong order

#### Adacel vaccine IM 0.5 mL NOW  < Meghan Herbst, MD 2/28/2013 09:44>

#### acetaminophen PO (Tylenol) 1000 mg NOW; Do not exceed 4 grams of Acetaminophen per 24 hours  < Meghan Herbst, MD 2/28/2013

# Hartford Hospital · Hartford, CT 06102

| Patient: | ANGELA PIERCE | DOB: | 3/25/1974 |
|---|---|---|---|
| MR #: | 2139850 | Age/Gender: | 38y F |
| DOS: | 2/28/2013 08:15 | Acct #: | 000030869556 |
| Private Physician: | NONE, VERIFIED | ED Provider: | Tia Little, MD |

10:17>

#### ondansetron ODT PO (Zofran ODT) 4 mg NOW < Meghan Herbst, MD 2/28/2013 10:17>

## Lab
Urine, HCG/BCG (POCT) [Reference: L-HH-100424-2-1] < Tia Little, MD 2/28/2013 09:33>

BHCG, Quantitative [Reference: L-HH-100424-2-2] < Tia Little, MD 2/28/2013 11:52>
   Specimen received: 02/28/2013 12:45 Source: Sunquest Lab

## Treatment
< Lalaynya Dobrowolsky, RN 2/28/2013 08:51>

< Lalaynya Dobrowolsky, RN 2/28/2013 08:51>

< Lalaynya Dobrowolsky, RN 2/28/2013 08:51>

< Lalaynya Dobrowolsky, RN 2/28/2013 08:51>

< Lalaynya Dobrowolsky, RN 2/28/2013 08:51>

< Lalaynya Dobrowolsky, RN 2/28/2013 08:51>

< Lalaynya Dobrowolsky, RN 2/28/2013 08:51>

< Lalaynya Dobrowolsky, RN 2/28/2013 08:51>

< Lalaynya Dobrowolsky, RN 2/28/2013 08:51>

< Lalaynya Dobrowolsky, RN 2/28/2013 08:51>

< Lalaynya Dobrowolsky, RN 2/28/2013 08:51>

< Lalaynya Dobrowolsky, RN 2/28/2013 08:51>

## Prescriptions
Prenatal vitamins; Thirty (30); Take one tablet by mouth once daily  < Tia Little, MD 2/28/2013 10:51>

## Medication Administration
#### ibuprofen PO (Motrin) 600 mg NOW  Tia Little, MD 2/28/2013 09:40
Order Canceled Meghan Herbst, MD 2/28/2013 10:17
MHERB 2/28/2013 10:17
#### Adacel vaccine IM 0.5 mL NOW  Meghan Herbst, MD 2/28/2013 09:44
Given IM: right deltoid Lot number: C4344AB Expiration date:06/2015 MANUFACTURERSanofi Pasteur Karen Angeli, RN 2/28/2013 14:40
KANGE 2/28/2013 14:42
#### acetaminophen PO (Tylenol) 1000 mg NOW; Do not exceed 4 grams of Acetaminophen per 24 hours  Meghan Herbst, MD 2/28/2013 10:17

# Hartford Hospital - Hartford, CT 06102

| Patient: | ANGELA PIERCE | DOB: | 3/25/1974 |
|---|---|---|---|
| MR #: | 2139850 | Age/Gender: | 38y F |
| DOS: | 2/28/2013 08:15 | Acct #: | 000030869556 |
| Private Physician: | NONE, VERIFIED | ED Provider: | Tia Little, MD |

Given oral Lalaynya Dobrowolsky, RN 2/28/2013 10:27
LDOBR 2/28/2013 10:27
### ondansetron ODT PO (Zofran ODT) 4 mg NOW  Meghan Herbst, MD 2/28/2013 10:17
Given oral Lalaynya Dobrowolsky, RN 2/28/2013 10:27
LDOBR 2/28/2013 10:27

## NURSING SYSTEMS REVIEW

| | | |
|---|---|---|
| 2/28/13 08:51 | I have reviewed the triage documentation. Entered: <LDOBR 2/28/2013 08:51> | |
| 2/28/13 08:51 | I have acknowledged/accepted the hand off of care for this patient. Entered: <LDOBR 2/28/2013 08:51> | |
| 2/28/13 08:51 | ASSAULT ASSESSMENT: Entered: <LDOBR 2/28/2013 08:51> | |
| 2/28/13 08:54 | History of present illness: Patient presents after a physical assault by a significant other . The injury(s) occurred by being struck . Patient complains of bleeding, swelling, laceration(s) and headache . Patient denies any other symptoms . Patient accompanied to hospital by a(n) a law enforcement officer . Appropriate law enforcement notified (see note) . Patient currenlty feels safe in this environment . Patient requests no information to be provided to public if questioned. Entered: <LDOBR 2/28/2013 08:54> | |
| 2/28/13 08:54 | General injuries: Injuries include a single 1 cm laceration(s) bridge of nose assault Entered: <LDOBR 2/28/2013 08:54> | |
| 2/28/13 08:55 | Domestic violence screening: Entered: <LDOBR 2/28/2013 08:54> | |
| 2/28/13 08:55 | Patient states there is someone who is hurting them or making them feel afraid. Entered: <LDOBR 2/28/2013 08:54> | |
| 2/28/13 08:55 | Braden scale Entered: <LDOBR 2/28/2013 08:55> | |

# Hartford Hospital - Hartford, CT 06102

| Patient: | ANGELA PIERCE | DOB: | 3/25/1974 |
|---|---|---|---|
| MR #: | 2139850 | Age/Gender: | 38y F |
| DOS: | 2/28/2013 08:15 | Acct #: | 000030869556 |
| Private Physician: | NONE, VERIFIED | ED Provider: | Tia Little, MD |

## FLOWSHEETS

### Pain Scale: Comprehensive

| Initials | Time | Pt reports | Body Region | Orientation | Body Part/Area | Pain/Anxiety Intensity | Scale Used | Non-verbal indicator | Pain Quality | Duration | Intervention |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LDOBR | 2/28/2013 08:54 | Pain | Facial/pharyngeal | generalized | facial | 6/10 | Numeric | no obvious signs | | | |
| LDOBR | 2/28/2013 10:53 | Pain | Facial/pharyngeal | generalized | facial | 6/10 | Numeric | | | | |
| KANGE | 2/28/2013 14:42 | Pain | Facial/pharyngeal | generalized | facial | 8/10 | Numeric | no obvious signs | acute | | provider informed |

### HH Hourly Rounding

| Initials | Time | Pain | Patient Positioning | Toileting Needs | Personal Items | Comfort Needs |
|---|---|---|---|---|---|---|
| LDOBR | 2/28/2013 08:51 | Yes | None necessary | Self care | Personal items positioned within reach | Comfort needs addressed |
| TWILO | 2/28/2013 10:04 | Yes | None necessary | Self care | Personal items positioned within reach | Comfort needs addressed |
| LDOBR | 2/28/2013 10:53 | Yes | None necessary | Assisted to bath room | Personal items positioned within reach | Comfort needs addressed |
| SKAHR | 2/28/2013 13:19 | Unable to answer | | | | Patient sleeping |

# Hartford Hospital - Hartford, CT 06102

| Patient: | ANGELA PIERCE | DOB: | 3/25/1974 |
| --- | --- | --- | --- |
| MR #: | 2139850 | Age/Gender: | 38y F |
| DOS: | 2/28/2013 08:15 | Acct #: | 000030869556 |
| Private Physician: | NONE, VERIFIED | ED Provider: | Tia Little, MD |

## Nursing Notes

| | |
| --- | --- |
| 02/28/13 10:52 | Resp: No respiratory distress, BS clear and equal. Entered: <LDOBR 2/28/2013 10:53> |
| 02/28/13 10:52 | CV: HR regular rhythm. Denies CP. No JVD noted. Entered: <LDOBR 2/28/2013 10:53> |
| 02/28/13 10:53 | Neuro: A/O x 4, GCS 15, no gross neuro deficits noted. CSM to all extremities. Entered: <LDOBR 2/28/2013 10:54> |
| 02/28/13 10:53 | GI: Abd soft, nontender, + bowel sounds, no NVD. Entered: <LDOBR 2/28/2013 10:54> |
| 02/28/13 10:53 | Extremities: MAE. No edema, pain or gross deformity noted. Entered: <LDOBR 2/28/2013 10:54> |
| 02/28/13 10:53 | GU: Denies dysuria, hematuria or change in urinary output. Entered: <LDOBR 2/28/2013 10:54> |
| 02/28/13 10:53 | Fall risk reassessment: Fall risk reassessed: Patient does not have any fall risks at this time. Entered: <LDOBR 2/28/2013 10:54> |
| 02/28/13 10:53 | Reassessment Note: <LDOBR 02-28-2013 10:53>pt ambulated to bathroom pt has steady gait, pt offers no new complaints, social worker at bedside |
| 02/28/13 11:49 | I have acknowledged/accepted the hand off of care for this patient. Entered: <KANGE 2/28/2013 11:49> |
| 02/28/13 11:49 | ABC's: The airway is open and patent . Respiration(s) is/are spontaneous non-labored . Breath sounds are clear and equal bilaterally . The radial pulse is strong. Entered: <KANGE 2/28/2013 11:49> |
| 02/28/13 11:49 | Resp: No respiratory distress, BS clear and equal. Entered: <KANGE 2/28/2013 11:49> |
| 02/28/13 11:49 | CV: HR regular rhythm. Denies CP. No JVD noted. Entered: <KANGE 2/28/2013 11:49> |
| 02/28/13 11:49 | Neuro: A/O x 4, GCS 15, no gross neuro deficits noted. CSM to all extremities. Entered: <KANGE 2/28/2013 11:49> |
| 02/28/13 11:49 | GI: Abd soft, nontender, + bowel sounds, no NVD. Entered: <KANGE 2/28/2013 11:49> |
| 02/28/13 11:49 | Extremities: MAE. No edema, pain or gross deformity noted. Entered: <KANGE 2/28/2013 11:49> |
| 02/28/13 11:49 | GU: Denies dysuria, hematuria or change in urinary output. Entered: <KANGE 2/28/2013 11:49> |
| 02/28/13 11:52 | Skin color, temperature, moisture: The patient's color is normal for age and race . The skin is warm and dry . Skin turgor is good. Entered: <KANGE 2/28/2013 11:52> |
| 02/28/13 11:53 | Fall risk reassessment: Fall risk reassessed: Patient does not have any fall risks at this time. Entered: <KANGE 2/28/2013 11:53> |

## Fall risk

Initial fall risk assessment: The patient's complaint is not related to a fall. <KRHER 2/28/2013 08:27>

## Ancillary documentation

Social work: <KPABI 02/28/13 09:55 >
  Referral information: <KPABI 02/28/13 09:55 >
    Reason for consult: Abuse and neglect
    < KPABI 2/28/2013 09:55>
    The patient was referred to Social Service by the Emergency Department. <KPABI 02/28/13 09:55 >
    Documentation reviewed: medical record < KPABI 2/28/2013 09:55>
    Social services met with/spoke with patient in person . Services: support provided
    < KPABI 2/28/2013 11:14>
  Living arrangements: <KPABI 02/28/13 11:15 >
    Patient lives with: adult children (age 20 & 22) < KPABI 2/28/2013 11:18>
    Where patient lives: apartment < KPABI 2/28/2013 11:18>
    Who do you provide care for: self < KPABI 2/28/2013 11:18>

# Hartford Hospital - Hartford, CT 06102

| Patient: | ANGELA PIERCE | DOB: | 3/25/1974 |
|---|---|---|---|
| MR #: | 2139850 | Age/Gender: | 38y F |
| DOS: | 2/28/2013 08:15 | Acct #: | 000030869556 |
| Private Physician: | NONE, VERIFIED | ED Provider: | Tia Little, MD |

Quality of family relationships: abusive (pt lives with two adult children, pt has been seperated from b/f for past year, prior to that she was with him 7 years, he found where she was living and knocked on her apartment door today, she opended door and he forced opened screen door and punched her in face) < KPABI 2/28/2013 11:22 >
Home safety: < KPABI 02/28/13 11:22 >
  Patient states that they do not feel safe living at home. < KPABI 02/28/13 11:22 >
  Potential unsafe housing conditions: Ex-b/f knows where she lives now  < KPABI 2/28/2013 11:22 >
  Legal: < KPABI 02/28/13 10:53 >
Other pertinent legal information: Filed police report already. < KPABI 02/28/13 10:53 >
  egal concerns to be addressed: < KPABI 02/28/13 11:23 >
Legal concerns to be addressed: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
he will do that again. < KPABI 02/28/13 11:26 >
Comments: I facilitated phone call for pt with HIH (who are known to her). They have shelter available to her. She plans to stay at HIH tonight. I gave her pamphlet for them. She states she has an ob gyn on Retreat Ave, she states she doesn't need any help regarding pregnancy, she "cant even think about that now, its too new, she doesn't want to talk about that now, and will talk to them about it". No further SS needed. Intervention complete. Plan is for her to go to HIH shelter tonight as safe d/c plan. Kelly Pabilonia, LCSW 545-0225 < KPABI 02/28/13 12:48 >

## Braden scale
Sensory perception:Responds to verbal commands, has no sensory deficit.
Mobility:Makes major and frequent changes in position w/o assistance.
Moisture:Skin is usually dry.
Nutrition:Eats most of every meal.
Activity:Walks outside the room at least twice a day.
Friction and shear:Moves in bed and chair independently.
Total score: 23
Pt does not have a skin wound present upon admission to the ED. < LDOBR 2/28/2013 08:55 >

## PROGRESS NOTES

## VISIT SUMMARY
38 yo assaulted, does not feel safe at home. Assault by fist to face, no other injuries. +Hcg, unknown to pt previously. Will not xray, will treat with tylenol, observe nasal drainage/discharge and consider need for packing, currently blood tinged dishcarge, not gross blood or clot. d/w social services who will d/w pt safety options as well as support for new pregnancy. < TLITT 2/28/2013 10:41 >

## DIAGNOSIS
Fracture - nasal bones, closed
Pregnancy
< MHERB:Meghan Herbst, MD 02/28/13 09:43 >
< TLITT:Tia Little, MD 02/28/13 10:51 >

## DISPOSITION

### Nursing
Disposition is Discharged - Routine
< KANGE 2/28/2013 14:43 >

# Hartford Hospital - Hartford, CT 06102

| Patient: | ANGELA PIERCE | DOB: | 3/25/1974 |
|---|---|---|---|
| MR #: | 2139850 | Age/Gender: | 38y F |
| DOS: | 2/28/2013 08:15 | Acct #: | 000030869556 |
| Private Physician: | NONE, VERIFIED | ED Provider: | Tia Little, MD |

Discharge done. <KANGE 02/28/13 14:43 >
   Notes: Unable to obtain pt's discharge signature. Pt verbalized understanding of discharge medications, follow-up appointments and prescription medications. < entered by: <KANGE 02-28-2013 14:43>
ED departure date/time: 2/28/2013 14:43
Released by Karen Angeli, RN

Physician
   Rx <TLITT 02/28/13 10:51 >
   The patient is ready to be discharged on -Thursday, February 28, 2013 14:15 <TLITT 02/28/13 14:16 >
   , patient is discharged to home. Patient's condition is stable.
You should follow up at Brownstone ENT Clinic 860-545-2791 next week.

Other Instructions:
You have been given the number for the Ear Nose and Throat doctors (ENT). Once your swelling goes down if you are having difficulty breathing through your nose or continued pain that is not improving you can follow up with them for your nasal fracture. You had a positive pregnancy test and have been given prenatal vitamins. You should follow up with your Ob/Gyn or contact the WAHS clinic if you do not have an Ob/Gyn to start your prenatal follow ups. Your pregnancy could not be seen on the ultrasound, it is important that you follow up. Return to the ED if you develop repeated vomiting, unable to eat or drink, have decreased urination, have severa abominal pain or vaginal bleeding, develop severe headache, or for any other new or concerning symptoms.

<TLITT 2/28/2013 12:10>

## AFTER CARE INSTRUCTIONS
Nasal Fracture - English <TLITT 02/28/13 10:51 >
Pregnancy - English <TLITT 02/28/13 14:15 >
General Instructions <TLITT 02/28/13 14:15 >

Bed Assignments:
*Reception INU 2/28/2013 08:15*
*Org W65 KRHER 2/28/2013 08:30*
*Org W67 LDOBR 2/28/2013 08:31*
Status Activity:
*Awaiting triage INU 2/28/2013 08:15*
*With Triage/Intake KRHER 2/28/2013 08:25*
*Provider assigned TLITT 2/28/2013 09:01*
*Prov 2 assigned MHERB 2/28/2013 09:04*
*Nurse assigned LDOBR 2/28/2013 10:10*
*Nurse assigned KANGE 2/28/2013 11:11*
*Patient removed from the Emergency Department tracking board. All Emergency Department outstanding orders subsequent to this time stamp should be disregarded due to patient's departure from the Emergency Department. KANGE 2/28/2013 14:44*
User key:
*BVALL: Bruna Valle*
*KPABI: Kelly Pabilonia, SW*
*JFORD: Janice Forde, PAA*
*JWILO: Joseph Wilson, PCA*
*KANGE: Karen Angeli, RN*
*KRHER: Kerry Hernandez, RN*
*LDOBR: Lalaynya Dobrowolsky, RN*
*MHERB: Meghan Herbst, MD*
*SFERR: Shirley Ferri, PAA*
*SKAHR: Stephen Kahrs, PCA*

# Hartford Hospital - Hartford, CT 06102

| Patient: | ANGELA PIERCE | DOB: | 3/25/1974 | |
|---|---|---|---|---|
| MR #: | 2139850 | Age/Gender: | | 38y F |
| DOS: | 2/28/2013 08:15 | Acct #: | | 000030869556 |
| Private Physician: | NONE, VERIFIED | ED Provider: | | Tia Little, MD |

*TLITT. Tia Little, MD*

**Release Information:**
*ED departure date/time: 2/28/2013 14:43*
*Released by Karen Angeli, RN*

**Signatures:**
*Chart electronically signed by: Meghan Herbst, MD 2/28/2013 09:43*
*Chart electronically signed by: Tia Little, MD 2/28/2013 11:05*

# Exhibit — D.

This is a hearing in New Britain Superior Court family matter when I, the "plaintiff" was looking for help because the Defendant "Pierce" continue to threatend me with more false police reporting Because I didn't want to Continue to be with her in any type of relationship. nor would I lie for her in Court pertaining to her Criminal charges for false reporting. My petition was approved by honorable Judge Pinkus...

Page two clearly shows that "Feb. 14th" was never an incident or a issue with "Pierce" being sexually Assaulted --- ever... "Pierce" was repeatedly canvassed by her Attorney and Honorable Judge Pinkus on April 12th 2013. "Pierce" was asked---

"In the last sixty Days why were you Hospitalized?" and "In the last thirty or Sixty Days were you ever verbally threatend by him?" In the last sixty Days Covers' Feb 14th. And the only time "Pierce" claims Anything happend to her in the month of February was on Feb. 28th... This Document matches with "Pierce" medical report that Clearly shows "Pierce" lied about Feb 14th. "Alleged" rape and any

Incident on the February 14th 2013 false incident date... This tran-
-script was the result of a legal disposition Fifty days or so
After the "Alleged" sexual Assault incident. why would "Pierce"
Omitt A "Alleged" sexual Assault under these Circomstance when "Allegedly"
On Feb. 14th. I "Allegedly" threatend "Pierce" at knife point,
in presence of a One year old Child... This document Clearly
Shows "Pierce" false Complant of sexual Assault... "Pierce"
testified on 4/12/13 that the only Incident that ever occured in the
month of February was on Feb. 28th, 2013.

Upon Information and belief, The only reason "Pierce" Made up the "Alleged"
Sexual Assault Allegation is because "Pierce" wanted some get back, and
"Pierce" had housing Issues, and legal Issues, and she blamed me for
all her problems and I moved on with my new family. "Pierce" was
very upset with me. The only way for her to avoid her legal issues
was to Come up with a "Free" get out of jail card... All she had
to do is say "Rape" and with the Color of her skin --- "people will listen..." "Pierce" always told me "she white and your Black,
no will ever believe me" when she set me up for a major case...

MOREOVER, The Law treats an Omission in a PRIOR statement as

In inconsistent statement... However, In this hearing Disposition at New Britain Superior Court dated April 12th. 2013 --- eight weeks after the "Alleged" rape incident. "Pierce's" Omission of this "Alleged" incident proves she is untruthful. Five months After this disposition. "Pierce" went to the HARTFORD Police department and file a false rape Complaint against the "Plaintiff"; which, is inconsistent with Exhibit - D.

SUPERIOR COURT
JUDICIAL DISTRICT OF
NEW BRITAIN

CHARLES WILLIAMS

   :   AT NEW BRITAIN, CONNECTICUT

v.

ANGELA PIERCE    :   APRIL 12, 2013


BEFORE THE HONORABLE BARRY C. PINKUS,
SUPERIROR COURT JUDGE


A P P E A R A N C E S :


  Self-represented Litigant:

    CHARLES WILLIAMS
    New Britain Superior Court
    20 Franklin Square
    New Britain, Connecticut 06051


  Representing the Defendant:

    ATTY. KEVIN JOINER
    New Britain Superior Court
    20 Franklin Square
    New Britain, Connecticut 06051


                Recorded By:
                Michelle M. Durity, CERT*D

                Transcribed By:
                Michelle M. Durity, CERT*D
                Court Recording Monitor
                20 Franklin Square
                New Britain, Connecticut 06051

Exhibit - D.

```
 1   ANGELA PIERCE, P-i-e-r-c-e Hartford, Connecticut called as a
 2   witness on her own behalf, having been duly sworn, testified
 3   as follows:
 4                THE COURT:  All right.  Have a seat.  You may
 5           inquire.
 6   (DIRECT EXAMINATION BY ATTY. JOINER)
 7      Q   Angela, I'm going to ask you some questions and
 8   answer them the best way that you can.  Do you know this
 9   gentleman, Mr. Williams, sitting right here?
10      A   Yes.
11      Q   And how do you know him?
12      A   We dated for several years.
13      Q   Did you guys ever live together?
14      A   No.
15      Q   Okay.  You spent a lot of time together.
16      A   Yeah.
17      Q   During the several years that you had a relationship
18   with him did you ever get into arguments with him?
19      A   Yes.
20      Q   Did he ever physically put his hands on you?
21      A   All the time.
22      Q   Was there any verbal abuse?
23      A   All the time.
24      Q   I ask you, are you afraid of this man right here?
25      A   Very afraid.
26      Q   Are you afraid for your life?
27      A   Yes, I am very afraid.
```

```
1   Q    In the last sixty days, have you been hospitalized?

2   A    Yes.

3   Q    Why were you hospitalized?

4   A    For Post-Traumatic Stress Disorder.

5   Q    As a result of what?

6   A    The stalking, the physical abuse and the mental

7   abuse.

8   Q    Now, when you say stalking are you talking about this

9   gentleman right here stalking you?

10  A    Yeah, Charles stalking me.

11  Q    How often was that happening?

12  A    Daily.

13  Q    And where was he coming?

14  A    He was coming to my house on Freeman Street, at 284

15  Freeman Street.

16  Q    And in the last thirty days or sixty days, I'm sorry,

17  were you ever verbally threatened by him?

18  A    Yes.

19  Q    What did he say?

20  A    He said he was going to kill me.

21       THE COURT: Where and when did this happen?

22       THE WITNESS:  At my house on 284 Freeman Street.

23       THE COURT: When?

24       THE WITNESS:  When?  On February 28th.

25       THE COURT: What time?

26       THE WITNESS:  7:30 in the morning.

27       THE COURT: Did you call the police?
```