UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------x
                                                :
Charles C. Williams                             :   Civil No. 3:15CV00933(AWT)
_____         :
                                                :
v.                                              :
                                                :
Hartford Police Department, et al.              :   Date: January 11, 2016
_____         :
                                                :
------------------------------------------------x

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

TO SCOTT SEMPLE, COMMISSIONER OF CORRECTION, STATE OF CONNECTICUT, OR WARDEN, Corrigan-Radgowski CORRECTIONAL INSTITUTION, GREETINGS:

BY THE AUTHORITY OF THE UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT, you, are hereby commanded to deliver inmate Charles C. Williams, inmate number 189080, to appear before the United States District Court for the District of Connecticut located at 141 Church Street, New Haven, Connecticut on January 27, 2016 at 10:00AM, so that s/he will be present in the above-captioned matter, to participate in a civil action, and to be returned to your custody immediately at the conclusion of said proceeding.

This is a federal civil matter so the Connecticut Department of Correction (DOC) must provide transportation directly to the United States District Court at 141 Church Street, New Haven, CT. A correction officer must be assigned to the prisoner named herein for the duration of the hearing. The United States Marshals Service will not transport this inmate.

The clerk is directed to fax a copy of this writ directly to the facility listed above.

Dated at New Haven, Connecticut, this 11th day of January, 20 16.

/S/ _____
HONORABLE SARAH A. MERRIAM
UNITED STATES MAGISTRATE JUDGE