United States District Court
of Connecticut

Charles C. Williams
   Plaintiff

V.

Hartford Police Dept,
et al.,
   Defendants

Civil Action No:
3:15-CV-00933-AWT

## Motion for reconsideration and objection only for time frames of defendants disciplinary history...

The plaintiff file this motion in response to the Courts ruling on doc. # (159) motions to compels. The plaintiff with all due respect ask this court to reconsider the honorable "Sara A.L. Merriam" rulings only concerning the time frames of defendants "Terry Walker" and "Emery Hightower" unconstitutional behavior of when the plaintiff has alleged that these two defendants were made to retire early due to complaints filed against them in 2013, 2014, ~~2015~~ 2015... during these times is when complaints' were also filed against these defendant's which resulted in both defendants to retire and be demoted. On pages 31 to 35 the Court only grants information of defendant "Chief of Police Hightower" disciplinary history only for 2011 to 2013, when in fact the defendant was accused for corruption also in 2014 which

SCANNED at
and Emailed
5/5/16 by KJ . 4 pages
date    initials   No.

resulted in his retirement in 2014. Further, defendant "Terry Waller" retirement was forced in 2015 because of complaints filed against him in 2014 and 2015.

However, the plaintiff ask for the defendants disciplinary history for the last (6) six years to cover 2011 to 2015 because these defendants behavior represents a pattern of prior instances of misconduct which are similar to the misconduct alleged by the plaintiff's Amended complaint. where these defendants misconduct had lead to their retirement and demotions of their positions and status in their departments. The plaintiff only objects to "Honorable Sara A. L Merriam" time frame of the two defendants discovery into their disciplinary history of 2011 to 2013 when in fact these defendants were made to retire early in 2014 and 2015 as a result of their ill behavior and actions dated from 2012 to 2014 concerning "Emery Hightower", 2012 to 2015 concerning "Terry Waller". The plaintiff seeks their disciplinary history for 2012 to 2015 which lead to the defendants early retirements and disciplinary actions. Respectfully submitted.

pro se Charles E Williams #189080
Charles C. Williams #189080
986 Norwich, New London Tnpk.
Uncasville Ct. 06382.

# Certification

I hearby certify that a copy was mailed/ E-filed to the defadants. On 5/5/16.

defadants
City of Hartford
Emery Hightower
Cheryl Gogins
Kimberly Taylor
Terry Walker

ATTorney  Rebecca M. Harris coumbie law Grop.
100 pearl st. 12th Flr. Hartford Ct. 06103

Nathalie Feola - Guerrier Corp. Counsel. 550 main st
Hartford Ct. 06103

pro se  Charles C. Williams #189080
Charles C. Williams #189080
Radgowski C.C.
986 Norwhich, New London Rd.
Uncasville Ct 06382