Unite states district Court
of Connecticut

CHARLES C. Williams
plaintiff

V.

HARTFORD police dept.,
et al.,
Defendants

CIV. ACT. NO:
3:15-CV-00933-AWT

SCANNED at
and Emailed
4-20-18 by R . 48 pages
  date      initials    No.

## Plaintiff second Request to "SHOW GOOD CAUSE" for further inquiry and investigation:

(A)

① On 12/12/17, plaintiff has filed his first motion for further inquiry into the defendants' motion for sanctions which has been ignored by the Court and defendants'. See doc.# (446, 445).

② More over, There is no legal provision for ANY Court in the united states to rule on one issue favorable to one party, and simply ignore the Rights of the second party..

## Background:

(B)

① On 11/17/17, the defendants moved for sanction against the plaintiff for a fabricated document in violation of Rule (11) of Fed. R. Civ. P. see doc.# (433). on 11/21/17 plaintiff Requested a time extension to reply because of one perticular reason was because the plaintiff is "prose", incarcerated, and do not have access to Federal Rules of Civil procedures, or access to rule (11). see doc.# (434). which the Court gave no Answer to motion doc.# (434)... see doc.#(441). plaintiff was given a copy of Rule (11) at hearing on 12/7/17.

② Further, on 12/7/17 the Court held a in person court hearing for sanctions against the plaintiff for a fabricated document which the plaintiff had received the fabricated document Due to the "Mail Tampering". which the plaintiff had made this Court aware in May 2016. see doc.#(167, 168, 169). further, see doc.# 278 pg. 11, and doc.#(445).

①

(3) This court has held a hearing for sanctions against the plaintiff for a fabricated document which the plaintiff had received in his mailed discovery material on 5/18/16 due to "Mail tampering" by Dept. of Corrections staff. see doc.#(445 pg. 2-5) and doc.#(445; Exhibit-J10, Exhibit-2,3,4).

(4) Moreover, with all due respect, this Court held a hearing for sanctions against the plaintiff for a fabricated document which the plaintiff stated that he received the document within his incomming mailed discovery material due to "mail tampering"... which in one instance, D.O.C staff and defendant Cheryl Gogins were caught "Mail tampering". which this Court has over look this Court Ruling in doc.# 278 pg. 11. see doc.#(445).

(5) More Importantly, due to "Mail tampering", and other Reasons... The plaintiff had Requested a default judgment against the defendants' because of the fact that the plaintiff did not Know at the time how crucial or vital the mail tampering had effected this case. see doc.#(267 pg. 4-5 paragraphs 4-6)

(6) However, in light of the facts now, which the plaintiff now Knows that he has received a fabricated document within his mailed discovery material back in May 2016 --- see doc.#(445), in light of the facts now --- the plaintiff should be afforded to have another hearing or inquiry into the way of how the plaintiff had received the document. "which the plaintiff facts are supported by the record." see doc.# 168 -- which this motion was granted - doc.#(168). plaintiff repeatedly made Complaints about his Legal mail, and Fax's being tampered with.. see doc.#(167, 168, 169, 273, 267). Furthermore, see doc.# 267 pg. 2-4... plaintiff had to pick his poison; either Fax's which Anyone can read without me knowing, or mail, which if Anyone tempering with the mail-- the mail would need to be opened. plaintiff chosen to stop the Fax's. see doc.#(167, 168, 169).

(C)

(1) nevertheless, these facts stated above warrants further Inquiry or investigation into these issues. <u>plaintiff facts are supported by the "Record"</u>

(2) moreover, the defendants has failed to object, dispute, or Respond to doc.#(446). which the plaintiff had requested this court to do a further inquiry into the defendants motion for sanctions concerning the alleged fabricated document. see doc.#(445, 446, 447) which the defendants do not object to the plaintiffs Request for further hearing or investigation, or inquiry. The defendants had until 1/2/18 to file any kind of Response to motion doc.#(446). which they did not.

(3) More Importantly, at all times during this civil matter, Department of Corrections staff mail Room has the Control over the plaintiff's Legal mail - incoming and outgoing legal mail. Once the U.S postal service deliver the incoming legal mail to the facility where the plaintiff is housed, the D.O.C staff illegally open and go through the plaintiff legal mail outside of the plaintiff presence before the plaintiff had physically taken possession of his own legal mail. see doc.#(445, Exhibit-1,2,3) the plaintiff discovery material was clearly open before he took possession. see doc.#(445, Exhibit-3) further, <u>"Nancy Quiros"</u> has the power to intercept and circumvent the plaintiff legal mail to assist defendant <u>"Bogus"</u>. which these two individuals could do anything they pleased to the plaintiff legal mail without consequence. which they did! see doc.#(445, Exhibit-J-10)

(3)

(4). On 12/12/17, the plaintiff had filed a motion Requesting a hearing, or further inquiry into the facts surrounding a fabricated document that the plaintiff Received through the mail which appear to be mailed with his discovery material. see doc.#(445).

(5). However, In pursuant to clearly established facts of this case. "D.O.C staff", and defendant "Gogins" has been mail tampering deliberately to interfere with this civil matter and hinder the plaintiff pursuit of justice. see doc.# (278 pg. 11). Further, in 2016 during the Federal discovery proceedings of this case, the plaintiff has clearly made this Court aware of defendant Gogins, and "D.O.C staff" were in fact illegally mail tampering see doc.## (167, 267, 273, 278, 406). which the alleged fabricated document was planted within the plaintiff Federal discovery material which the plaintiff received by mail through D.O.C staff. see doc.#(445, Exhibits - 1, 2, 3).

(6). Further, based on the Court Ruling on 12/8/2016 in doc.# 278 pg. 11, which shows "evidence" of defendant "Gogins" mail tampering in one instance which she was caught mail tampering with a D.O.C staff member - - - - the evidence also proves

"D.O.C staff", defendant "Gogins" most likely planted that fabricated document as well. The two incidents are "Related" and "relevant". see doc.#(278 pg.11, doc.#267 pg.2 paragraph 2) and see doc.#(448)... And doc.#(445).

(7) Further, In dec. 8, 2016 court Ruling against the defendants, "The honorable Sara A.L. Merriam" had clearly expressed her concerns about the Mail Tampering and defendant "Gogins" participation... See doc.# 278 pg.11. Furthermore, the "Honorable Alvin Thompson" had approved the Court Ruling in doc.# 278 pg.11... See Approval in doc.#(399, 405). This court must not over look the previous Court Ruling because it is all Connected and Related. See doc.#(445, 448).

(8) Department of Corrections staff "Nancy Quiros", and defendant "Gogins" has in the past year has been mail tampering in a attempt to interfere and manipulate the plaintiff pending lawsuit with a favorable out come for the defendants. See doc.# 455, 448. "Nancy Quiros" or defendant "Gogins", or both may have planted the fabricated document within the plaintiff Federal discovery material because these two individuals had access to the plaintiff Federal discovery mail before the plaintiff ever took possession of any incoming mail through the D.O.C mail room. See doc.# 445, Exhibit 1, 2, 3. (See doc.# 267 pg.2. paragraph 2).

(9) Mail Tampering by these two individuals deliberately to interfere and manipulate the outcome in a pending civil Federal matter is Corruption and a Conspiracy against the United States of America in the highest level, in violation of title 18 of U.S.C.
Title 18 United States Code --- 18 U.S.C § 2
"whoever commits an offense against the United States or aids, abets, Counsels, Command, Induces or procures its Commission, is punishable as a principal". further, see "Title 18 U.S.C § 4" "Title 18 U.S.C § 241" and "Title 18 U.S.C § 371"... Further, these defendants has interfered with the plaintiff Federal civil matter through mail tampering, and conspired to stop the pursuit to justice for behavior committed by defendant "Gogins". doc.# 445; Exhibit - J-10 is a admission of Guilt by "Gogins". which is a "Civil Conspiracy".

(10) Nevertheless, these defendants have conceded and failed to file a response to oppose the plaintiff's motion for further inquiry. Therefore, the plaintiff's motion doc.# 446 should be granted. further, there are facts already established in prior court Rulings which this court has over looked which is related to this issue. See doc.# (267, 167, 445, 406). doc.# 278 pg. 11

⑪ plaintiff Request a hearing, or further inquiry into the matter of the fabricated document which lead to the defendants filing their motion for sanctions. Which the plaintiff adamantly denies he created the document but received the document through his mailed discovery material on 5/18/16 from the defendants, or which appeard to be mailed in to the facility. Which department of Corrections has shown a pattern of mail tampering to interfere with the plaintiff civil matter. In addition, defendants "Gogins" had participated. see doc. # 445, and doc. # 278 pg. 11, and doc. # 267 pg. 2 pp. 2...

⑫ The defendants, personally were mail tampering since the beginning of this civil matter to assist themselves with a favorable outcome by manipulating the plaintiff Legal mail, searching the plaintiff Legal mail, and illegally reading, and stealing, and circumventing the plaintiff Legal mail to deliberately stop the plaintiff search for truth and justice. See doc. # (445).

⑬ Once the plaintiff mail enters into the facility, D.O.C staff has control over the plaintiff mail, Legal mail for days before the plaintiff ever takes actual possession of the mail. D.O.C staff has been opening up the plaintiff Legal mail outside the plaintiff presence before the plaintiff ever see the mail. which they have the power to add fabricated paperwork within the plaintiff mail, or remove important paperwork from the plaintiff mail. either way D.O.C staff has their own rules, and do as they please without any consequences. see doc. # (445, Exhibit 1, 2, 3, J-10).

(14) Further, Doc.#445; Exhibit-J-10 could be consider Evidence in a Civil Conspiracy against defendant "Gogins" and department of Correctional staff "Quiros" because even though all the plaintiff criminal matters were resolved and there were no other criminal investigations pending --- then why would "Gogins" be mail tampering if she hadn't done any illegal in the first place... why would she be going through my mail while she is being sued? "Gogins" kept my mail illegally.

(15) In addition, why would d.o.c staff assist "Gogins" in "mail tampering" to sabotage my civil matter if the plaintiff's lawsuit was baseless...

(16) This court must be aware that when officials are being sued in federal Court. A terrible but common Consequences are practiced against the plaintiff who happens to be incarcerated ---- (1) harrassment (2) interferring with Lawsuit through blocking or censorship of Legal mail - incomming and outgoing (3) Mail tampering (4) threats (5) tampering with legal mail (6) take away Legal Research materials and denying access to the Law books or Legal Library (7) Blocking access to Courts, family, Attorneys (8) planting contraband in prose inmates property to incriminate a plaintiff in a disciplinary proceeding or Criminal action (9) intentionally not follow proper procedures in handling Legal mail materials required by Federal and state Law... All in All, officials use all forms of Retaliation aimed to stop inmates from successfully litigating.

(17) With this in mind, it is very unfortunate what litigants who are incarcerated must go through. however, it should be very important to this court that it is safe for "pro se" litigants who are incarcerated to safely litigate without any type of Reprisals or Retaliation for filing Grievances or Complaints against officials in Authority.

Therefore, based on all the above following reasons, the plaintiff Respectfully request a further inquiry or investigation into the defendants Allegations and their motion for sanctions doc. # 433. plaintiff pray for relief.

Submitted with (Appendix Exhibits) see Appendix-C4 which shows plaintiff had documented receiving open mail from defendants "City of Hartford" on 5/18/16 which was already open before plaintiff had taken possession. which was plaintiff's discovery material. further, plaintiff had started Institutional proceedings to deal with "D.O.C. Mail Tampering which was meaningless. see (Appendix C-1)

pro se  Charles C. Williams #189080

Charles C. Williams # 189080
4/20/18

# Certification:

I hereby certify that this document was filed, and given to the E-file staff on 4/20/18 to be E-filed/mailed to all parties concerning this matter.

Defendants Attorney

   A. Crumbie.

   Rebecca M. Harris
   Crumbie Law Group. 100 Pearl St. 12th Flr.
   Hartford Ct. 06103

   Nathan Feda-Gu_____
   Corp. Counsel 550 Main St. Suite 210
   Hartford Ct. 06103

"pro se" _Charles C. Williams_ #189080
Charles C. Williams #189080
4/20/18

